1  SAMANTHA C. GRANT (SBN 198130)
   scg@msk.com
2  KIRSTEN E. BASS (SBN 300205)
   keb@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants

7  WAL-MART STORES, INC. and
   SAM'S CLUB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ONIER VARGAS, an individual; | CASE NO. 2:16-cv-02921 AB (AJWx) |
|---|---|
| Plaintiff, | Hon. André Birotte, Jr. |
| v. | **DECLARATION OF SAMANTHA C. GRANT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |
| WAL-MART STORES, INC.; SAM'S CLUB, entity form unknown; MARINA AGUILAR, an individual, and DOES 1 through 50, inclusive. | |
| Defendants. | |

Mitchell Silberberg & Knupp LLP

8574327.3

**DECLARATION OF SAMANTHA C. GRANT IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# DECLARATION OF SAMANTHA C. GRANT

I, SAMANTHA C. GRANT, declare:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), attorneys of record for Defendants Wal-Mart Stores, Inc. and Sam's Club (collectively "Defendant"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the cited excerpts of the deposition transcript of Plaintiff Onier Vargas, which was taken by Defendant on January 16, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Exhibit 4 to the deposition transcript of Plaintiff Onier Vargas.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Exhibit 5 to the deposition transcript of Plaintiff Onier Vargas.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Exhibit 6 to the deposition transcript of Plaintiff Onier Vargas.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Exhibit 7 to the deposition transcript of Plaintiff Onier Vargas.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Exhibit 8 to the deposition transcript of Plaintiff Onier Vargas.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Exhibit 9 to the deposition transcript of Plaintiff Onier Vargas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2017, at Los Angeles, California.

                                                  /s/ *Samantha C. Grant*
                                                Samantha C. Grant