EXHIBIT 1

# Discrimination & Harassment Prevention Policy

**Updated: September 19, 2011**

At Walmart, we believe in respecting the dignity of every individual. Respectful and professional conduct furthers our mission, promotes productivity, minimizes disputes and enhances our reputation in the communities where we work. All associates, customers, members, or other individuals with whom we have contact in the course of our business should be treated fairly and respectfully without regard to their personal appearance, beliefs, culture, affiliations, or any other characteristics, as long as their conduct does not interfere with the legitimate interests of Walmart or other individuals.

We are also committed to providing an environment that is free of discrimination or harassment based on an *individual's status.*

*Individual's status* means an individual's race, color, ancestry, ethnicity, religion, sex, pregnancy, national origin, age, disability, marital status, veteran status, sexual orientation, gender identity or expression, genetic information or any other legally protected status. Individual's status also includes an individual's marriage to or association with someone with any status listed above.

We will not tolerate any form of discrimination or harassment in any aspect of our business. This means that we strictly prohibit any discrimination or harassment, as described below, by or directed at any associate, job applicant, customer, member, supplier or person working on behalf of Walmart. This "zero tolerance" policy applies regardless of whether such conduct rises to the level of unlawful discrimination or harassment.

This policy applies to all associates who work for Walmart Stores, Inc., or one of its subsidiary companies, in the United States (Walmart).

Managers and supervisors should use the appropriates supplemental management guidelines.

Discrimination and Harassment Prevention Management Guidelines - Field
Discrimination and Harassment Prevention Management Guidelines - Home Office

Reporting Procedures
Investigation and appropriate action
Confidentiality

## Prohibited conduct

### Discrimination

We prohibit any *discriminatory action* based on an individual's status in all aspects of our business. For purposes of this policy, *Discriminatory action* includes, but is not limited to, firing, refusing to hire, denying training, failing to promote and discriminating in pay or other terms, conditions or privileges of employment based on an individual's status. It also includes encouraging or assisting anyone to take discriminatory actions.

We prohibit associates from designing, implementing or executing a *business process* in any manner that discriminates against, singles out or subjects to heightened scrutiny a person based on an individual's status. For the purposes of this policy, a *business process* includes, but is not limited to, sales and purchase of goods and services; customer service; verification or acceptance of any form of payment, including checks, money orders and credit cards; acceptance of shopping cards, gift cards, gift certificates and coupons; refunds, returns and/or exchanges of merchandise; surveillance, investigation or detention of suspected shoplifters, and use of Electronic Article Surveillance (EAS).

### Harassment

We prohibit any form of harassment based on an individual's status in all aspects of our business. This includes, but is not limited to:

- Using slurs or negative stereotyping;
- Verbal kidding, teasing, or joking;
- Making offensive comments about an individual's status, appearance, or sexual activity;
- Leering or making offensive gestures;

Exhibit 1 - Page 6

**WM000537**

Case 2:16-cv-02921-AB-AJW   Document 42-5   Filed 01/30/17   Page 3 of 71   Page ID #:1775

- Circulating or displaying offensive pictures, cartoons, posters, letters, notes, e-mails, invitations, or other materials;
- Using company e-mail or Internet resources to receive, view, or send offensive jokes, pictures, posters, or other similar materials;
- Intimidating acts, such as bullying or threatening based on an individual's status;
- Offensive physical contact such as patting, grabbing, pinching, or intentionally brushing against another's body;
- Physical touching or assault, as well as impeding or blocking movements;
- Repeated unwanted sexual flirtations, advances, or propositions;
- Pressure for sexual activity, including offering employment benefits in exchange for sexual favors or denying employment benefits in response to a refusal to provide sexual favors or
- Any other conduct that shows hostility toward, disrespect for or degradation of an individual based on the individual's status.

Harassing conduct, such as that listed above, is prohibited regardless of whether it is welcome or unwelcome, and regardless of whether the individuals involved are of the same or are of a different sex, sexual orientation, race, or other status.

## Retaliation

We prohibit taking negative action against any associate, former associate, job applicant, customer, member, supplier or person working on behalf of Walmart for, reporting conduct that may violate this policy; filing a complaint of discrimination or harassment with a government agency or court; assisting another individual in reporting conduct that may violate this policy; assisting another individual in filing a complaint of discrimination or harassment with a government agency or court; cooperating in an investigation; or opposing discrimination or harassment.

## Reporting procedures

We are committed to preventing discrimination and harassment in all aspects of our business. We will take all reasonable measures to prevent discrimination and harassment. However, if we are not aware that discrimination or harassment is taking place, we cannot address the situation.

If you experience conduct that may violate this policy or if you observe or become aware of any conduct that may violate this policy by being discriminatory, harassing or retaliatory; you should immediately report the violation to any salaried member of management or confidentially and/or anonymously to the Global Ethics Office, 1-800-WMETHIC (1-800-963-8442). If you believe a salaried member of management may be violating this policy, you do not have to report the violation to that person. You may report the possible violation to another salaried member of management or call the Global Ethics Office.

## Managers

If you observe, receive a report or otherwise become aware of a possible violation of this policy, you must immediately report such conduct to the *appropriate level of management* for investigation. A salaried member of management who fails to report a violation of this policy may be subject to disciplinary action, up to and including termination.

*Appropriate level of management* includes, but is not limited to, the Field Logistics Human Resources Manager, Employment Advisor, Market Human Resources Manager, Regional Human Resources Manager or People Director.

We will take appropriate steps to ensure that there is no retaliation of any kind for using the reporting procedures described in this policy. Retaliation of any kind for using the reporting procedures is strictly forbidden and violates this policy.

## Investigation and appropriate action

We will take any reported violation of this policy seriously, and we will promptly and thoroughly investigate any report of a possible violation in accordance with the procedures set forth in the management guidelines.

You must cooperate with and tell the truth to the individual who investigates your report. If you do not cooperate or you fail to tell the truth, we will be unable to conduct a proper investigation or take prompt remedial action. Any associate who refuses to cooperate in an investigation or fails to tell the truth during an investigation may be subject to disciplinary action up to and including termination.

We will take appropriate action to eliminate conduct that violates this policy and to ensure that there is no recurrence

Exhibit 1 - Page 7

WM000538

of such conduct. We may put reasonable interim measures in place during an investigation of a reported policy violation including, but not limited to, suspension or transfer of the associate who reportedly violated this policy. Suspensions are unpaid. However, if you are suspended pending the outcome of a company investigation and the result is that the allegations against you are not substantiated, you will be returned to work and paid for all scheduled hours missed while suspended.

We will take further appropriate action once the reported violation has been thoroughly investigated. If an investigation reveals that an associate has violated this policy (or any other policy), that associate will be subject to disciplinary action up to and including termination and any other appropriate corrective action.

## Confidentiality

We will make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information to only those having a need to know in order to facilitate the investigation or resolution. Any disclosure of information, other than on a need-to-know basis as described above, will constitute a breach of confidentiality and will result in disciplinary action up to and including termination.

## For more information

If you have questions or need further guidance, please contact your HR representative.

**Last Modified: September 16, 2011**

Exhibit 1 - Page 8

**WM000539**

EXHIBIT 2

# State Specific Break, Meal Period, and Day of Rest Requirements

*Onier Vargus 7/12*

**California**

| Break (Rest) Period | |
|---|---|
| Eligibility | • Hourly Associates who work more than 3 ½ hours in a workday.<br>• Hourly Associates who work more than six (6) hours and up to ten (10) hours in a workday must be authorized and permitted to take a second break.<br>• Hourly Associates who work more than six (6) hours in a workday must be authorized and permitted to take their first break prior to their meal period and their second break after their meal period.<br>• Hourly Associates who work more than ten (10) hours and up to fourteen (14) hours in a workday must be authorized and permitted to take a third break.<br>• Hourly Associates who work more than fourteen (14) hours and up to eighteen (18) hours in a workday must be authorized and permitted to take a fourth break.<br>• Hourly Associates who work more than eighteen (18) hours and up to twenty-two (22) hours in a workday must be authorized and permitted to take a fifth break.<br>• Hourly Associates who work more than twenty-two (22) hours in a workday must be authorized and permitted to take a sixth break. |
| Length | Minimum of 10 uninterrupted minutes in duration. However, in accordance with Company policy, Associates should be provided 15 minutes. |
| Scheduling/Timing | • Breaks may not be taken at the start of the workday, attached to a meal period, attached to another break or attached to the end of the workday.<br>• Each break insofar as practicable should be in the middle of a four hour work period.<br>• First break must be in the middle of the first four-hour work period.<br>• Second break must be in the middle of the work period beginning at the start of the fifth hour worked and ending at the completion of the workday, assuming a ten- (10) hour workday maximum.<br>• Third break must be in the middle of the work period beginning at the start of the ninth hour worked and ending at the completion of the workday, assuming a fourteen- (14) hour workday maximum.<br>• Fourth break must be in the middle of the work period beginning at the start of the thirteenth hour worked and ending at the completion of the workday, assuming an eighteen- (18) hour workday maximum.<br>• Fifth break must be in the middle of the work period beginning at the start of the seventeenth hour worked and ending at the completion of the workday, assuming a twenty-two- (22) hour workday maximum.<br>• Sixth break must be in the middle of the work period beginning at the start of the twenty-first hour worked and ending at the completion of the workday, assuming a twenty-four- (24) hour workday maximum. |
| Interruptions | If a break is interrupted before 10 minutes, that break should be started over if the above timing requirements can be met. |
| Compensation | Paid |
| Notification Requirement | Notification Requirement Associates will be subject to disciplinary action for failing to promptly notify a salaried member of management if break(s) are not provided in accordance with state law and Company policy. |
| Other | • Must provide reasonable amount of break time to accommodate breast-feeding, with breaks running concurrently with any break time already provided. |

| Meal Period | |
|---|---|
| Eligibility | • All Associates (including all salaried members of management) who work more than five (5) hours in a workday.<br>• All Associates who work more than five (5) hours after the end of the first meal period resulting in the associate working in excess of 10 hours must be provided a second meal period.<br>• All Associates who work more five (5) hours after the end of the second meal period must be provided a third meal period.<br>• All Associates who work more than five (5) hours after the end of the third meal period must be provided a fourth meal period. |
| Length | Minimum of 30 uninterrupted minutes in duration. |
| Scheduling/Timing | • Associates cannot be "locked-in" during meal periods. Associates must be given the opportunity to leave the facility during their meal period.<br>• Meal periods may not be taken at the start of the workday, attached to a break, attached to another meal period or attached to the end of the workday. |

WM000201

CA PD-07 Break and Meal Period State Specific Information                    Page 2 of 3

| | |
|---|---|
| | • First meal period must be started at or before the completion of the fifth hour worked.<br>• Second meal period must begin no later than five (5) hours after completion of the first meal period.<br>• Third meal period must begin no later than five (5) hours after completion of the second meal period.<br>• Fourth meal period must begin no later than five (5) hours after completion of the third meal period. |
| **Interruptions** | If meal period is interrupted before 30 minutes have passed, that meal period should be started over if the above timing requirements can be met. |
| **Compensation** | • If meal period is interrupted after 20 minutes, but before 30 minutes the entire meal period must be compensated.<br>• Associates who are not permitted to leave the facility for the meal period must be compensated for the meal period.<br>• Where requirements are not complied with, Associate must receive a payment equivalent to one hour's pay at the Associate's regular rate of compensation. |
| **Waiver** | • Where six (6) hours will complete a day's work, the Associate and Wal-Mart may mutually agree to waive the first meal period.<br>• Where the Associate will not work more than twelve (12) hours in the workday, Wal-Mart and the Associate may mutually agree to waive the second meal period provided the first meal period was not waived.<br>• Associates who wish to waive a meal period should complete a written waiver form.<br><br>First Meal Period Waiver Form - Logistics Only<br><br>First Meal Period Waiver Form - Spanish - Logistics Only |
| **Notification Requirement** | Associates will be subject to disciplinary action for failing to promptly notify a salaried member of management if meal period is not provided in accordance with state law and Company policy. |

| | |
|---|---|
| **Day of Rest** | |
| **Eligibility** | All Associates (including all salaried members of management, except part-time Associates (working 30 or fewer hours per week and 6 or fewer hours per day), who are not working in a pharmacy. |
| **Requirement** | • Associates are prohibited from working more than 6 days per workweek.<br>• Associates on an alternative workweek schedule must receive two consecutive days of rest per workweek. |
| **Waiver** | • Where six (6) hours will complete the workday the Associate and Wal-Mart may mutually agree to waive the first meal period. Associates who wish to waive the first meal period should complete a written waiver form.<br>First Meal Period Waiver Form - Logistics Only<br><br>First Meal Period Waiver Form - Spanish - Logistics Only<br><br>• Where the Associate has not worked more than twelve (12) hours in the workday, Wal-Mart and the hourly Associate may mutually agree to waive the second meal period provided the first meal period was not waived. Associates who wish to waive a second meal period should complete a written waiver form.<br>Second Meal Period Waiver Form - Pharmacists & Logistics Only<br><br>Second Meal Period Waiver Form - Spanish - Pharmacists & Logistics Only |

| | |
|---|---|
| **Break/Meeting Room** | |
| **Sign for Break/Meeting Room** | Click here for Sign for Break/Meeting Room. |
| **Visitors** | **Immediate Family Member**<br>• Also includes Registered Domestic Partner and their family members. |

Exhibit 2 - Page 11
6/14/2007

WM000202

Last Updated: September 6, 2006

WM000203

EXHIBIT 3

**REDACTED**

### California Break/Meal Period Exception Worksheet

Today's Date: 3-8-03

Social Security #: X X X - X X - ▮▮▮▮

Date of Exception: 3-3-03

Associate's Name: Onier Vargas

Associate I.D.#:

| Reason for Investigation: | Break/Meal Period Exception: |
|---|---|
| X Report of Missed, Late, or Interrupted/ Incomplete Meal Period | Break Began: |
| | Break Ended:      Break Length: |
| Report of Missed, Late, or Interrupted/ | Break should have been taken during what 4-hour work period: |
| Incomplete Break | Meal Period Began: 1200 |
| Missing/Inappropriate Time clock Punch(es) | Meal Period Ended: 1230    Meal Period Length: 30 |
| | Meal period should have begun by: 1158 |

**Complete the Following Procedures:** *(Circle/check the appropriate response.)*

Yes  No  Review the *Time Clock Punch Error Report* and/or the *Associate Meal Exception Report* with a Personnel Associate.

Yes  No  Interview and obtain a statement from the affected Associate.

Yes  No  Interview and obtain statements from the Associate's supervisor and/or other Associates to determine if the break or meal period was taken appropriately.

*After completing your investigation, if it is determined that the Associate's break/meal period was taken appropriately complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.*

**Breaks:**  Determine whether the Associate's break was taken appropriately.

Yes  No  Associate was "authorized and permitted" to take timely break(s) as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.

Yes  No  Associate break(s) "authorized and permitted" for at least 10 uninterrupted minutes.
*Please note that Associates should be provided 15-minute breaks in accordance with Wal-Mart Policy although California law only requires 10-minute breaks.*

If the Associate's break was not taken appropriately and the investigation is conducted on the same day that the Associate's break was taken inappropriately, promptly provide a 10-minute Replacement Break, if possible within the 4-hour work period in which the break should have been taken. *Refer to the "Scheduling/Timing" section in the California state drop-down menu of the Break and Meal Period Policy.*

If the Associate's break was not taken appropriately, determine whether the Associate's failure to take his/her break, appropriately was:

Yes  No  **Voluntary** – If the Associate has no work-related excuse for failing to take the break, the Associate will NOT receive the California Break Premium. Remind the Associate of Wal-Mart's Break and Meal Period Policy.

Yes  No  **Involuntary** – if the Associate's break was at least 10 uninterrupted minutes OR a timely Replacement Break was provided, the Associate will NOT receive the California Break Premium.

Yes  No  **Involuntary** – if the Associate's break was NOT at least 10 uninterrupted minutes AND a timely Replacement Break was NOT provided, the Associate will receive the California Break Premium.

*If you checked "involuntary," efforts should be made to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*

*Complete the Appropriate Action section below and coaching form, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if a Coaching form is completed, attach the Worksheet to the Coaching and file in the Associate's Personnel File.*

**Meal Periods:**  Determine whether the Associate's meal period was taken appropriately.

Yes  No  Associate meal period(s) timely taken as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.

Yes  No  Associate meal period(s) was for at least 30 uninterrupted minutes.

If the Associate's Meal period was taken timely and for the full duration, but the Associate failed to appropriately clock in/out for the meal period, the Associate will NOT receive the California premium. Remind the Associate of the Wal-Mart Break and Meal Period Policy.

*Complete the Appropriate Action section below and coaching form, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if a Coaching form is completed, attach the Worksheet to the Coaching and file in the Associate's Personnel File.*

Form Updated 02.03.03

Page 1 of

Exhibit 3 - Page 13

WM000258

## California Break/Meal Period Exception Worksheet (Cont'd)

**Waiver**   If the Associate did not receive a full, uninterrupted, timely meal period (or second meal period) determine whether the Associate qualifies for a waiver of a meal period. *Refer to state specific information regarding waiver of meal periods in the state drop-down menu of the Break and Meal Period Policy.*

Yes   No   If the Associate qualifies for a meal period waiver, has the Associate previously completed a Meal Period Waiver Form or Second Meal Period Waiver Form? *Note: A waiver can only be used to waive future meal periods. Associates cannot waive past meal periods.*

If the Associate has previously completed a meal period waiver form, complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.

**Replacement Meal Period**

You must promptly provide an uninterrupted 30-minute Replacement Meal Period if all of the following apply:
- Associate does not qualify for a waiver or has not previously completed a waiver form, and
- Associate did not receive a full, uninterrupted, timely meal period (or second meal period), and
- Investigation is being conducted the same day that the inappropriate Meal Period occurred.

**California Premium**   If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted, timely meal period (or second meal period), or a timely Replacement Meal Period, determine whether the Associate's failure to take his/her meal period appropriately was:

Yes   No   **Voluntary** – the Associate WILL receive the California Meal Premium. Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate.

Yes   No   **Involuntary** – the Associate will receive the California Meal Premium, and remind the Associate of Wal-Mart's Break and Meal Period Policy.

*If you checked "involuntary," efforts should be made to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*

**Attempted Meal Period Compensation**   If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted meal period (or second meal period), determine whether the Associate's failure to take his/her meal period appropriately was:

Yes   No   **Voluntary** – the Associate will be compensated for the initial time period taken as an attempted meal period. Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate

Yes   No   **Involuntary** – the Associate will be compensated for the initial time period taken as an attempted meal period.

*If you checked "involuntary," efforts should be made to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*

*Complete the Appropriate Action section below and coaching form, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if a Coaching form is completed, attach the Worksheet to the Coaching and file in the Associate's Personnel File.*

**Appropriate Action Section** *(place an "X" in the appropriate areas)*:       Payroll Codes: *(Divisions 1 and 18)*

_____ Payroll System Adjustments                       CB = California Break Premium   CM = California Meal Premium
_____ Premium entered in Payroll System
*(One additional hour of pay at the Associate's regular rate of pay)\**       Payroll Codes: *(Logistics)*
_____ Meal       _____ Break       84 = California Break Premium     83= California Meal Premium
\**Associate is limited to one Meal Period and one Break Premium per day.*
_____ Time adjustment entered into the payroll system for incomplete Meal Period. *(Initial time taken as an attempted meal period at Associate's regular rate of pay)*

_____ Associate Not at Fault                       _____ Discussion of Break and Meal Period Policy

_____ Associate Given Timely Replacement             _____ Associate Previously Completed Meal Period Waiver Form *(No Break or Meal Period (No Premium)*                              *additional compensation or Premium)*
Start time of Replacement Break or Meal Period:

| Required Signatures | Print Name | Signatures | Date |
|---|---|---|---|
| Associate: | *Oscar Vargas* | *(signature)* | 4-30-03 |
| Salaried Manager: | *Delia Portillo* | *(signature)* | 4-30-03 |
| Facility Manager: | *Joseph Simpricio* | *(signature)* | 4/30/03 |

Form Updated 02.03.03                                                                 Page 2 of 2

Exhibit 3 - Page 14

WM000259

## California Break/Meal Period Exception Worksheet

Today's Date: _6·03_                                        Social Security #:  X X X - X X _____

Date of Exception: _6·3·03_

Associate's Name: _Omer Vargas_                             Associate I.D.# _____

| **Reason for Investigation:** | **Break/Meal Period Exception:** | |
|---|---|---|
| _C_ Report of Missed, Late, or Interrupted/ Incomplete Meal Period | Break Began: _____ | |
| ___ Report of Missed, Late, or Interrupted/ | Break Ended: _____ | Break Length: _____ |
| | Break should have been taken during what 4-hour work period: _____ | |
| ___ Incomplete Break | Meal Period Began: _12:09_ | |
| ___ Missing/Inappropriate Time clock Punch(es) | Meal Period Ended: _____ | Meal Period Length: _____ |
| | Meal period should have begun by: _11:57_ | |

**Complete the Following Procedures:** *(Circle/check the appropriate response.)*

Yes  No   Review the *Time Clock Punch Error Report* and/or the *Associate Meal Exception Report* with a Personnel Associate.

Yes  No   Interview and obtain a statement from the affected Associate.

Yes  No   Interview and obtain statements from the Associate's supervisor and/or other Associates to determine if the break or meal period was taken appropriately.

*After completing your investigation, if it is determined that the Associate's break/meal period was taken appropriately complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.*

**Breaks:**   Determine whether the Associate's break was taken appropriately.

Yes  No   Associate was "authorized and permitted" to take timely break(s) as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.

Yes  No   Associate break(s) "authorized and permitted" for at least 10 uninterrupted minutes.

*Please note that Associates should be provided 15-minute breaks in accordance with Wal-Mart Policy although California law only requires 10-minute breaks.*

If the Associate's break was not taken appropriately and the investigation is conducted on the same day that the Associate's break was taken inappropriately, **promptly provide a 10-minute Replacement Break**, if possible within the 4-hour work period in which the break should have been taken. *Refer to the "Scheduling/Timing" section in the California state drop-down menu of the Break and Meal Period Policy.*

If the Associate's break was not taken appropriately, determine whether the Associate's failure to take his/her break appropriately was:

Yes  No   **Voluntary** – If the Associate has no work-related excuse for failing to take the break, the Associate will NOT receive the California Break Premium. Remind the Associate of Wal-Mart's Break and Meal Period Policy.

Yes  No   **Involuntary** – if the Associate's break was at least 10 uninterrupted minutes OR a timely Replacement Break was provided, the Associate will NOT receive the California Break Premium.

Yes  No   **Involuntary** – if the Associate's break was NOT at least 10 uninterrupted minutes AND a timely Replacement Break was NOT provided, the Associate will receive the California Break Premium.

*If you checked "involuntary," efforts should be made to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*

*Complete the Appropriate Action section below and coaching form, if necessary. If a Coaching form is completed, attach a copy of the Worksheet to the Coaching and file in the Associate's Personnel File. Retain the original Worksheet in the Associate's Break/Meal Period Exception Folder.*

**Meal Periods:**   Determine whether the Associate's meal period was taken appropriately.

Yes  No   Associate meal period(s) timely taken as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.

Yes  No   Associate meal period(s) was for at least 30 uninterrupted minutes.

If the Associate's Meal period was taken timely and for the full duration, but the Associate failed to appropriately clock in/out for the meal period, the Associate will NOT receive the California premium. Remind the Associate of the Wal-Mart Break and Meal Period Policy.

*Complete the Appropriate Action section below and coaching form, if necessary. If a Coaching form is completed, attach a copy of the Worksheet to the Coaching and file in the Associate's Personnel File. Retain the original Worksheet in the Associate's Break/Meal Period Exception Folder.*

Form Updated 02.19.03                                                                  Page 1 of 2

Exhibit 3 – Page 15

WM000256

**California Break/Meal Period Exception Worksheet (Cont'd)**

Waiver    If the Associate did not receive a full, uninterrupted, timely meal period (or second meal period) determine whether the Associate qualifies for a waiver of a meal period.  *Refer to state specific information regarding waivers of meal periods in the state drop-down menu of the Break and Meal Period Policy.*

Yes   No   If the Associate qualifies for a meal period waiver, has the Associate previously completed a Meal Period Waiver Form or Second Meal Period Waiver Form? *Note: A waiver can only be used to waive future meal periods. Associates cannot waive past meal periods.*

If the Associate has previously completed a meal period waiver form, complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.

Replacement Meal Period

You must promptly provide an uninterrupted 30-minute Replacement Meal Period if all of the following apply:
- Associate does not qualify for a waiver or has not previously completed a waiver form, and
- Associate did not receive a full, uninterrupted, timely meal period (or second meal period), and
- Investigation is being conducted the same day that the inappropriate Meal Period occurred.

---

California Premium   If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted, timely meal period (or second meal period), or a timely Replacement Meal Period, determine whether the Associate's failure to take his/her meal period appropriately was:

Yes   No   Voluntary – the Associate WILL receive the California Meal Premium.  Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate.

Yes   No   Involuntary – the Associate will receive the California Meal Premium, and remind the Associate of Wal-Mart's Break and Meal Period Policy.

*If you checked "involuntary," efforts should be made to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*

---

Attempted Meal Period Compensation   If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted meal period (or second meal period), determine whether the Associate's failure to take his/her meal period appropriately was:

Yes   No   Voluntary - the Associate will be compensated for the initial time period taken as an attempted meal period.  Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate

Yes   No   Involuntary – the Associate will be compensated for the initial time period taken as an attempted meal period.

*If you checked "involuntary," efforts should be made to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*

*Complete the Appropriate Action section below and coaching form, if necessary. If a Coaching form is completed, attach a copy of the Worksheet to the Coaching and file in the Associate's Personnel File. Retain the original Worksheet in the Associate's Break/Meal Period Exception Folder.*

---

Appropriate Action Section (place an "X" in the appropriate areas):      Payroll Codes: *(Divisions 1 and 18)*

_____   Payroll System Adjustments                          CB = California Break Premium   CM = California Meal Premium
_____   Premium entered in Payroll System
        *(One additional hour of pay at the Associate's regular rate of pay)*      Payroll Codes: *(Logistics)*
        Meal _____      Break _____      84 = California Break Premium   83= California Meal Premium
        *\*Associate is limited to one Meal Period and one Break Premium per day.*
_____   Time adjustment entered into the payroll system for Incomplete Meal Period. *(Initial time taken as an attempted meal period at Associate's regular rate of pay)*

_____   Associate Not at Fault                              _____   Discussion of Break and Meal Period Policy

_____   Associate Given Timely Replacement                  _____   Associate Previously Completed Meal Period Waiver Form *(No*
        Break or Meal Period *(No Premium)*                          *additional compensation or Premium)*
        Start time of Replacement Break or Meal Period:

---

| Required Signatures | Print Name | Signatures | Date |
|---|---|---|---|
| Associate: | | | |
| Salaried Manager: | | | |
| Facility Manager: | | | |

Exhibit 3 - Page 16
WM000257

## California Break/Meal Period Exception Worksheet

Today's Date: 4-17-07

Social Security #:   X X X - X X - __ __ __ __

Date of Exception   4-16-07

Associate's Name:   Onier   Jargas

Associate I.D.#:   __ __ __ __ __

| Reason for Investigation: | Break/Meal Period Exception: | |
|---|---|---|
| X   Report of Missed or Interrupted/ Incomplete Meal Period | Break Began: _____ | |
| ___ Report of Missed or Interrupted/ Incomplete Break | Break Ended: _____ | Break Length: _____ |
| ___ Missing/Inappropriate Time clock Punch(es) | Meal Period Began: _____ | |
| | Meal Period Ended: _____ | Meal Period Length: _____ |

---

**Complete the Following Procedures:**  *(Circle/check the appropriate response.)*

(Yes)  No   Review the *Time Clock Punch Error Report* and/or the *Time Clock Exception Report* with a Personnel Associate.

(Yes)  No   Interview and obtain a statement from the affected Associate.

Yes  (No)  Interview and obtain statements from the Associate's supervisor and/or other Associates to determine if the break or meal period was taken appropriately.

*After completing your investigation, if it is determined that the Associate's break/meal period was taken appropriately complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.*

---

**Breaks:**   Determine whether the Associate's break was taken appropriately.

Yes  No   Associate was "authorized and permitted" to take timely break(s) as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.

Yes  No   Associate break(s) "authorized and permitted" for at least 10 uninterrupted minutes.
   *Please note that Associates should be provided 15-minute breaks in accordance with Wal-Mart Policy although California law only requires 10-minute breaks.*

   If the Associate's break was not taken appropriately and the investigation is conducted on the same day that the Associate's break was taken inappropriately, **promptly provide a 10-minute Replacement Break**, if possible within the 4-hour work period in which the break should have been taken.  *Refer to the "Scheduling/Timing" section in the California state drop-down menu of the Break and Meal Period Policy.*

   If the Associate's break was not taken appropriately, determine whether the Associate's failure to take his/her break appropriately was:

   Yes  No   **Voluntary** – the Associate will NOT receive the California Break Premium and remind the Associate of Wal-Mart's Break and Meal Period Policy.

   Yes  No   **Involuntary** – if the Associate's break was at least 10 uninterrupted minutes OR a timely Replacement Break was provided, the Associate will NOT receive the California Break Premium.

   Yes  No   **Involuntary** – if the Associate's break was NOT at least 10 uninterrupted minutes AND a timely Replacement Break was NOT provided, the Associate will receive the California Break Premium.
      *A separate investigation should be conducted to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*

   *Complete the Appropriate Action section below and on-line coaching, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if an on-line coaching is completed, enter the on-line coaching number on the Worksheet and file in the Associate's Personnel File.*

---

**Meal Periods:**   Determine whether the Associate's meal period was taken appropriately.

Yes  (No)  Associate meal period(s) timely taken as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.

Yes  (No)  Associate meal period(s) was for at least 30 uninterrupted minutes.

   If the Associate's Meal period was taken timely and for the full duration, but the Associate failed to appropriately clock in/out for the meal period, the Associate will NOT receive the California premium. Remind the Associate of the Wal-Mart Break and Meal Period Policy.

   *Complete the Appropriate Action section below and coaching form, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if an on-line coaching is completed, enter the on-line coaching number on the Worksheet and file in the Associate's Personnel File.*

---

Form Updated 03-17-04

Exhibit 3 - Page 17
WM000647

## California Break/Meal Period Exception Worksheet (Cont'd)

| Waiver | If the Associate did not receive a full, uninterrupted, timely meal period (or second meal period) determine whether the Associate qualifies for a waiver of a meal period. *Refer to state specific information regarding waivers of meal periods in the state drop-down menu of the Break and Meal Period Policy.* |
|---|---|
| | **Yes   No**   If the Associate qualifies for a meal period waiver, has the Associate previously completed a Meal Period Waiver Form or Second Meal Period Waiver Form? *Note: A waiver can only be used to waive future meal periods.  Associates cannot waive past meal periods.* |
| | **If the Associate has previously completed a meal period waiver form, complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.** |
| **No Waiver** | If the Associate does not qualify for a waiver or has not previously completed a waiver form, and the Associate did not receive a full, uninterrupted, timely meal period (or second meal period), if the investigation is being conducted the same day that the inappropriate Meal Period occurred, **promptly provide a 30-minute Replacement Meal Period.** |

| California Premium | If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted, timely meal period (or second meal period), or a timely Replacement Meal Period, determine whether the Associate's failure to take his/her meal period appropriately was: |
|---|---|
| | **Yes   No**   **Voluntary** – the Associate WILL receive the California Meal Premium.  Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate. |
| | **Yes   No**   **Involuntary** – the Associate will receive the California Meal Premium, and remind the Associate of Wal-Mart's Break and Meal Period Policy. |
| | *A separate investigation should be conducted to determine whether the Associate's failure to take an appropriate meal period was caused by a Supervisor and/or Manager.* |

| Attempted Meal Period Compensation | If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted meal period (or second meal period), determine whether the Associate's failure to take his/her meal period appropriately was: |
|---|---|
| | **Yes   No**   **Voluntary** - the Associate will be compensated for the initial time period taken as an attempted meal period.  Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate |
| | **Yes   No**   **Involuntary** – the Associate will be compensated for the initial time period taken as an attempted meal period. |
| | *A separate investigation should be conducted to determine whether Associate's failure to complete his/her meal period was caused by a Supervisor and/or Manager.* |
| | *Complete the Appropriate Action section below and coaching form, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder.  However, if an on-line coaching is completed, enter the on-line coaching number on the Worksheet and file in the Associate's Personnel File.* |

**Appropriate Action Section** (place an "X" in the appropriate areas):

**Payroll Codes: *(Divisions 1 and 18)***
CB = California Break Premium   CM = California Meal Premium

Payroll System Adjustments

___ **83** Premium entered in Payroll System
*(One additional hour of pay at the Associate's regular rate of pay)\**

CM
4-16-07

**Payroll Codes: *(Logistics)***
84 = California Break Premium   83= California Meal Premium

___ Meal   ___ Break
*\*Associate is limited to one Meal Period and one Break Premium per day.*

___ Time adjustment entered into the payroll system for Incomplete Meal Period. *(Initial time taken as an attempted meal period at Associate's regular rate of pay)*

___ Associate Not at Fault

**X**  Discussion of Break and Meal Period Policy
**On-Line Coaching Number.** verbal

___ Associate Given Timely Replacement Break or Meal Period *(No Premium)*

___ Associate Previously Completed Meal Period Waiver Form *(No additional compensation or Premium)*

| Required Signatures | Print Name | Signatures | Date |
|---|---|---|---|
| Associate: | Mier Vargy | | 4-18-07 |
| Salaried Manager: | Fernz Reiver | | 4-18-07 |
| Facility Manager: | Fidel Thuto | | 4-20-07 |

Form Updated 03-17-04

Exhibit 3 - Page 18  Page 2 of 2
WM000648

## California Break/Meal Period Exception Worksheet

Today's Date: 10-22-09

Date of Exception: 10-21-09

Associate's Name: Oliei Vargas

Social Security #: X X X - X X - ___ ___ ___

Associate I.D.#: ___ ___ ___

**Reason for Investigation:** (circle)
- X Report of Missed or Interrupted/ Incomplete Meal Period
- ___ Report of Missed or Interrupted/ Incomplete Break
- ___ Missing/Inappropriate Time clock Punch(es)

**Break/Meal Period Exception:**
Break Began: _____
Break Ended: _____     Break Length: _____

Meal Period Began: 11:30
Meal Period Ended: 12:00     Meal Period Length: _____

**Complete the Following Procedures:** *(Circle/check the appropriate response.)*
- Yes No   Review the *Time Clock Punch Error Report* and/or the *Time Clock Exception Report* with a Personnel Associate.
- Yes No   Interview and obtain a statement from the affected Associate.
- Yes No   Interview and obtain statements from the Associate's supervisor and/or other Associates to determine if the break or meal period was taken appropriately.
- *After completing your investigation, if it is determined that the Associate's break/meal period was taken appropriately complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.*

**Breaks:**   Determine whether the Associate's break was taken appropriately.
- Yes No   Associate was "authorized and permitted" to take timely break(s) as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.
- Yes No   Associate break(s) "authorized and permitted" for at least 10 uninterrupted minutes.
  *Please note that Associates should be provided 15-minute breaks in accordance with Wal-Mart Policy although California law only requires 10-minute breaks.*
  If the Associate's break was not taken appropriately and the investigation is conducted on the same day that the Associate's break was taken inappropriately, **promptly provide a 10-minute Replacement Break**, if possible within the 4-hour work period in which the break should have been taken. *Refer to the "Scheduling/Timing" section in the California state drop-down menu of the Break and Meal Period Policy.*
  If the Associate's break was not taken appropriately, determine whether the Associate's failure to take his/her break appropriately was:
  - Yes No   **Voluntary** – the Associate will NOT receive the California Break Premium and remind the Associate of Wal-Mart's Break and Meal Period Policy.
  - Yes No   **Involuntary** – if the Associate's break was at least 10 uninterrupted minutes OR a timely Replacement Break was provided, the Associate will NOT receive the California Break Premium.
  - Yes No   **Involuntary** – if the Associate's break was NOT at least 10 uninterrupted minutes AND a timely Replacement Break was NOT provided, the Associate will receive the California Break Premium.
  *A separate investigation should be conducted to determine whether Associate's failure to take an appropriate break was caused by a supervisor and/or manager.*
  *Complete the Appropriate Action section below and on-line coaching, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if on-line coaching is completed, enter the on-line coaching number on the Worksheet and file in the Associate's Personnel File.*

**Meal Periods:**   Determine whether the Associate's meal period was taken appropriately.
- Yes No   Associate meal period(s) timely taken as provided in the "Scheduling/Timing" section of the California state drop-down menu of Break and Meal Period Policy.
- Yes No   Associate meal period(s) was for at least 30 uninterrupted minutes.
  If the Associate's Meal period was taken timely and for the full duration, but the Associate failed to appropriately clock in/out for the meal period, the Associate will NOT receive the California premium. Remind the Associate of the Wal-Mart Break and Meal Period Policy.
  *Complete the Appropriate Action section below and coaching form, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if an on-line coaching is completed, enter the on-line coaching number on the Worksheet and file in the Associate's Personnel File.*

Form Updated 03-17-04

Page 1 of 2

Exhibit 3 - Page 19
WM000254

## California Break/Meal Period Exception Worksheet (Cont'd)

| | |
|---|---|
| Waiver | If the Associate did not receive a full, uninterrupted, timely meal period (or second meal period) determine whether the Associate qualifies for a waiver of a meal period. *Refer to state specific information regarding waivers of meal periods in the state drop-down menu of the Break and Meal Period Policy.* |
| | **Yes   No**   If the Associate qualifies for a meal period waiver, has the Associate previously completed a Meal Period Waiver Form or Second Meal Period Waiver Form? *Note: A waiver can only be used to waive future meal periods. Associates cannot waive past meal periods.* |
| | **If the Associate has previously completed a meal period waiver form, complete the Appropriate Action section below, and retain this Worksheet in the Associate's Break/Meal Period Exception Folder.** |
| No Waiver | If the Associate does not qualify for a waiver or has not previously completed a waiver form, and the Associate did not receive a full, uninterrupted, timely meal period (or second meal period), if the investigation is being conducted the same day that the inappropriate Meal Period occurred, **promptly provide a 30-minute Replacement Meal Period.** |

| | |
|---|---|
| California Premium | If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted, timely meal period (or second meal period), or a timely Replacement Meal Period, determine whether the Associate's failure to take his/her meal period appropriately was: |
| | **Yes   No   Voluntary** – the Associate WILL receive the California Meal Premium. Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate. |
| | **Yes   No   Involuntary** – the Associate will receive the California Meal Premium, and remind the Associate of Wal-Mart's Break and Meal Period Policy. |
| | *A separate investigation should be conducted to determine whether the Associate's failure to take an appropriate meal period was caused by a Supervisor and/or Manager.* |

| | |
|---|---|
| Attempted Meal Period Compensation | If the Associate does not qualify for a waiver or has not completed a waiver form, and the Associate did not receive a full, uninterrupted meal period (or second meal period), determine whether the Associate's failure to take his/her meal period appropriately was: |
| | **Yes   No   Voluntary** - the Associate will be compensated for the initial time period taken as an attempted meal period. Also, remind the Associate of Wal-Mart's Break and Meal Period Policy or administer coaching, if appropriate |
| | **Yes   No   Involuntary** – the Associate will be compensated for the initial time period taken as an attempted meal period. |
| | *A separate investigation should be conducted to determine whether Associate's failure to complete his/her meal period was caused by a Supervisor and/or Manager.* |
| | *Complete the Appropriate Action section below and coaching, if necessary. Retain this Worksheet in the Associate's Break/Meal Period Exception Folder. However, if an on-line coaching is completed, enter the on-line coaching number on the Worksheet and file in the Associate's Personnel File.* |

**Appropriate Action Section** (place an "X" in the appropriate areas):

Payroll System Adjustments                **Payroll Codes: (Divisions 1 and 18)**
                              CB = California Break Premium   CM = California Meal Premium
___ Premium entered in Payroll System
*(One additional hour of pay at the Associate's regular rate of pay)*     **Payroll Codes: (Logistics)**
___ Meal     ___ Break     84 = California Break Premium   83= California Meal Premium
*\*Associate is limited to one Meal Period and one Break Premium per day.*
___ Time adjustment entered into the payroll system for Incomplete Meal Period. *(Initial time taken as an attempted meal period at Associate's regular rate of pay)*

___ Associate Not at Fault                    ___ Discussion of Break and Meal Period Policy
                                  On-Line Coaching Number:_____
___ Associate Given Timely Replacement          ___ Associate Previously Completed Meal Period Waiver Form *(No additional compensation or Premium)*
   Break or Meal Period *(No Premium)*

| Required Signatures | Print Name | Signatures | Date |
|---|---|---|---|
| Associate: | Miqel Varga | Sparkos 3 | 10-22-09 |
| Salaried Manager: | Esperanza Lopez | | 10/22/09 |
| Facility Manager: | Mr. R | Chris | 10/23/ on |

Form Updated 03-17-04          *Time Clock went down.*

Exhibit 3 - Page 20
WM000255

EXHIBIT 4

## WAL-MART LEAVE OF ABSENCE PACKET – CALIFORNIA
### FMLA/PERSONAL

The purpose of a leave of absence is to provide for needed time away from work while maintaining continuity of employment and eligibility for certain benefits. Wal-Mart's policy attempts to balance the need to meet our business responsibilities and take care of our customers while allowing you flexibility to meet your personal needs. This packet is designed to answer questions you may have concerning the leave policy, to let you know what is expected of you and what you can expect from us during a leave of absence, as well as to provide you with various forms you may need. If you have additional questions, please talk with your Human Resources Representative and refer to the written policy. We look forward to your return to work at the end of your leave.

This packet includes:
- Requesting Leave of Absence/Associate's Checklist Information
- Manager's Checklist
- State and Federal Notices
- Leave of Absence Request Form
- Medical Certification Form

### REQUESTING LEAVE OF ABSENCE
### ASSOCIATE'S CHECKLIST

☐    Complete and submit a Request for Leave Form (supply documentation as required).

You must provide reasonable advance notice of your need for Leave by submitting a REQUEST FOR LEAVE FORM found in this packet. We request that you notify the Company at least 30 days before you need to take leave. If this is not possible, you are required to give notice as soon as possible, generally within two business days after learning that you need to take leave.

If you cannot give personal notice due to an emergency, your representative (e.g., a family member or other responsible party) may give notice. You must submit a REQUEST FOR LEAVE FORM to your Human Resources Representative as soon as you are able to do so. In this situation, the date the leave begins is the first scheduled work day missed.

If you miss work for more than three days because a family member or you are ill or injured, you should immediately notify your Supervisor or Manager, so it can be determined whether FMLA leave of absence is available to you.

You should submit the REQUEST FOR LEAVE FORM for approval and processing to your Human Resources Representative. If you do not provide accurate information on any leave of absence form, or use a leave of absence for any reason other than that for which you requested and Wal-Mart approved, you will be subject to discipline, up to and including termination.

☐    Complete and submit a Medical Certification Form within 15 calendar days of the first workday missed, when appropriate.

If you need to take a FMLA or PERSONAL leave of absence for your own serious health condition or that of your family member, in addition to the REQUEST FOR LEAVE FORM you must submit a completed MEDICAL CERTIFICATION FORM, found in this packet, to Human Resources for approval and processing.

It is your responsibility to provide the form to your doctor or health care provider, and ensure that he or she completes the form and signs it. You are required to return the completed form to your Human Resources Representative promptly, generally within 15 calendar days from the first day of your requested leave of absence. If circumstances outside your control prevent you from doing so, you are required to submit the form as soon as possible thereafter. A final decision about whether you are entitled to a FMLA leave of absence cannot be made until you return the completed form. If you

1

Exhibit 4 - Page 21
WM000279

do not provide reasonable notice and/or a timely medical certification, as described above, you may have your leave or absence delayed and/or your absences may not be protected under FMLA.

Wal-Mart may require a second and third medical opinion of the certification, at the Company's expense, if the Company determines that such verification is appropriate.

☐   If you have insurance coverage, determine whether you want to:

   ☐   Discontinue coverage while on leave of absence by calling the Benefits Hotline at (800) 421-1362 to submit a Family Status Change within 60 days of the first day of an approved leave of absence.

   ☐   Reduce coverage while on leave of absence, determine amount of premium by calling the Benefits Hotline at the number listed above, and submit a Family Status Change within 60 days of the first day of an approved leave of absence.

   ☐   Continue same coverage you presently have.

Short- and Long-Term Disability premiums are based on amount of earnings each pay period.  When there are no earnings, no disability insurance premiums are due.

Please pay premiums every two (2) weeks. Make your check or money order payable to: Associates' Health and Welfare Trust.  Write your Social Security Number or Benefit Identification Number and your Facility Number on your check or money order and mail your payment to:

> **Wal-Mart Benefits**
> **Dept. 3001**
> **P.O. Box 1039**
> **Lowell, AR 72745**

You may also pay by credit card by calling (800) 421-1362 and selecting the "credit card payment" option.

**Note: Failure to submit payments within 30 days of the due date may result in cancellation of coverage.  If coverage is canceled for non-payment, any claims incurred after the date for which you have paid the required premiums will not be paid.  Insurance Premiums are NOT DEDUCTED from Workers' Compensation or disability checks. You must pay your insurance premiums.**

**If you have AFLAC or STARBRIDGE coverage, premiums must be paid to them utilizing the following information:**

   a.   **AFLAC: Make checks payable to AFLAC**
   > **ATTN: PHS**
   > **1932 Wynnton Road**
   > **Columbus, GA  31999**

   b.   **STARBRIDGE:  Make checks payable to STARBRIDGE**
   > **Star HRG**
   > **ATTN: Accounting**
   > **2222 W. Dunlap Ave**
   > **Suite 350**
   > **Phoenix, AZ  85021-2866**

☐   If you have available Deferred Holiday Pay, Vacation Pay, or Personal Time Pay, or if you qualify to use available Illness Protection Time Pay, and want to use these benefits, tell your supervisor or personnel manager so it can be entered into the system.

2

Exhibit 4 - Page 22
WM000280

☐    If you are on continuous FMLA leave of absence for more than 60 days, you may be required to submit a new MEDICAL CERTIFICATION FORM to confirm your continuing need for a FMLA leave of absence.  Upon the Company's request, you are required to return a completed MEDICAL CERTIFICATION FORM within 15 calendar days.  If circumstances outside your control prevent you from doing so, you are required to submit the form as soon as possible thereafter.  Your continued eligibility to take FMLA leave of absence depends on your timely submission of the MEDICAL CERTIFICATION FORM, as well as your continuing eligibility for a FMLA leave of absence.

☐    If you need to extend your leave of absence beyond the time initially requested, you must request an extension as soon as possible by submitting another REQUEST FOR LEAVE FORM and a new MEDICAL CERTIFICATION FORM to your Human Resources Representative.  Your continued ability to take leave of absence depends on your timely submission of the new MEDICAL CERTIFICATION FORM, as well as your continuing eligibility for leave of absence.

☐    If you do not return to work from a leave of absence, you may be eligible to continue coverage for an additional 18 months under COBRA by paying your portion and the Company's portion of the premium and 2% for administrative handling.  Contact your Human Resources Representative for additional information.

☐    If you are on an approved leave of absence you may continue your Wal-Mart Discount Card privileges.  Once you reach one year on a leave of absence, your Discount Card will be deactivated.  You will need to call the Benefits Hotline at 1-800-421-1362 to have your card reactivated when you return to work.

☐    Contact your supervisor at least two (2) weeks prior to the end of your leave to confirm the date of your return or, if needed, to request an extension. If requesting an extension of your leave of absence, complete and submit another Request for Leave of Form.

☐    You must provide a release to return to work from your health care provider, if applicable, in order to resume working.

☐    Contact the Benefits Hotline at 1-800-421-1362 to restore reduced or discontinued insurance within 60 days of return.

NOTE:  If there is a disagreement between the contents of this packet and the legal documents, which define the benefits, the legal documents will always govern.

3

Exhibit 4 - Page 23
WM000281

## MANAGER'S LEAVE OF ABSENCE CHECKLIST

Discuss the following with any Associate who indicates he/she needs ANY TYPE of leave. Check off each item as it is covered with the Associate.

- ☑ Give the Associate a Leave of Absence Packet and Medical Certification Form(s).

- ☑ Confirm the Associate's current home address and phone number.

- ☑ Explain the notice requirement: Normally 30 days in advance; if an emergency, notice must be provided within 3 days and request form completed and turned in not later than 15 days from the first scheduled workday missed.

- ☑ Explain certification requirement: The Medical Certification Form must be completed by a health care provider for FMLA and Personal Leave of Absence (if medically related). In addition, before returning to work, if the LOA is due to the Associate's own medical condition, the Associate must provide a statement from his/her health care provider certifying the Associate has been released to return to work.

- ☑ Explain rolling 12 weeks calculation for job protected leave (if applicable).

- ☑ Explain that vacation, personal time, illness protection, and salary continuance may be used while on LOA by Associates who have available hours and are eligible for the benefit (if applicable).

- ☑ Provide an Hours Adjustment/Prize or Award Form for the Associate to complete if he/she is requesting and is eligible to use vacation, personal or illness protection hours.

- ☑ Explain that the Associate will need to call in every scheduled workday until the completed LOA paperwork has been returned and has been approved.

- ☑ Explain that any active Coaching on record will be suspended during the LOA. (Coaching will be extended by the number of days the Associate is on LOA).

- ☑ Explain insurance benefits: While on LOA, insurance coverage may be reduced or discontinued while on LOA by submitting a Family Status Change or current coverage may be continued for 12 months (including Worker's Comp). For Military/Uniform Services leave, coverage may be reduced, discontinued or continued for the entire leave period.

- ☑ Explain that insurance premiums must be paid every 2 weeks and that coverage will be canceled if payment is not paid within 30 days of the due date. Give the Associate a premium payment schedule from the WIRE>Life>My Health>Benefits Leave of Absence Resources. Help the Associate determine the amount of premium; call 1-800-421-1362 if assistance is needed.

- ☑ Explain Short-Term and Long-Term Disability: If the illness or injury is expected to exceed 14 days, is not work related, and the Associate has Short-Term or Long-Term Disability, the Associate must contact Hartford at 1-800-492-5678 immediately following their last day worked to file a disability claim.

- ☑ Explain Return to Work procedure.

- ☑ Answer questions the Associate has about LOA. Call your HR Representative if needed.

Associate Signature: _____    Date: 10-16-08
Facility Manager/: _____    Date: 10-16-08
HR Representative Signature

4

Exhibit 4 - Page 24
WM000282

# STATE AND FEDERAL NOTICES

**Family and Medical Leave Act of 1993 (FMLA)**
Under the Family and Medical Leave Act (FMLA) of 1993, eligible
Associates are entitled to 12 workweeks of unpaid, job-protected
leave within a 12-month period.

**Associate Eligibility**
To be eligible for FMLA benefits, a Wal-Mart Associate must be
employed for a total of 12 months *and* have worked at least 1,250
hours during that 12-month period.

**Leave Entitlement**
An eligible Associate is entitled to a total of 12 workweeks of unpaid
leave during a *rolling* 12-month period for one or more of the
following reasons:

- Due to your own serious health condition;
- Due to the birth of your child, or the adoption or foster care
  placement of a child with you, and to care for your healthy new
  child, within 12 months of birth or placement; or
- Because you are needed to care for your *child, spouse, or parent*
  who suffers from a *serious health condition.*
- Due to a qualifying exigency arising out of the fact that your
  spouse, son, daughter or parent is on active duty status, or
  notified of a call to active duty status, in support of a
  contingency operation

An eligible Associate is entitled to a total of 26 workweeks of unpaid
leave in a single 12-month period to care for their spouse, son,
daughter, or next of kin who is a service member who is recovering
from a serious illness or injury sustained in the line of duty.

*Child* means your biological, adopted, or foster child, stepchild, legal
ward, or child for whom you have the day-to-day responsibility to
provide care and financial support, so long as the child is under 18
years old or unable to take care of him/herself due to a disability.

*Parent* means your biological parent or the person who had the day-
to-day responsibility to provide care and financial support to you as a
child. Parent does not include your parent-in-law.

*Spouse* means your husband or wife as defined by state law.

*Next of kin* means nearest blood relative.

**Serious Health Condition**
*Serious health condition* means an illness, injury, impairment, or
physical or mental condition that involves either inpatient care
(overnight stay in the hospital) or incapacity, typically, for more than
three days, according to your health care provider, and ongoing
treatment. It includes any incapacity due to pregnancy for prenatal
care, and may include work-related conditions.

Where medically necessary, the FMLA allows Associates to take
intermittent or reduced-hours FMLA leave (which means taking
leave in blocks of time, by reducing their normal work schedule) to
care for a seriously ill or injured family member, or because the
Associate is seriously ill or injured and unable to work. Associates
should try to schedule such leave time as to minimize disruption of
Company operations.

**Compensation and Health Benefits**
Associates may elect to use available vacation, personal, or
illness protection time, or salary continuance, if eligible for
compensation while on leave; however, such time will still count as
FMLA leave and will be totaled against the Associate's 12
workweeks of leave time.

Wal-Mart will maintain group health coverage for an Associate on
FMLA leave, where such insurance was provided before the leave
was taken, such coverage to be maintained on the same terms and
conditions as if the Associate had continued to work during the leave
period. Associates must make arrangements to pay their share of
health benefits costs during their FMLA leave.

**Notice and Certification**
Whenever FMLA leave is required, Associates must provide 30 days'
advance notice, except when the need for leave is not foreseeable or
it is otherwise not practical. Notice must be given as soon as possible,
but in no event later than two business days following
commencement of the leave.

Associates are also required to provide the following information:
• Medical certification supporting the need for leave due to a serious
health condition affecting the Associate or a family member
• Periodic reports during leave regarding the Associate's status and
intent to return to work
• Certification of the Associate's ability to return to work when the
leave is caused by the Associate's serious health condition

Wal-Mart (at its expense) may also request second or third medical
opinions.

**Job Restoration**
Upon return from FMLA leave of 12 workweeks or less, an Associate
must be restored to his or her same job, or to an equivalent job with
equivalent pay, benefits, job duties, and responsibilities and other
terms and conditions of employment.

In addition, an Associate's use of FMLA leave cannot result in the
loss of any employment benefit that the Associate earned or was
entitled to before using FMLA leave.

**FMLA leave cannot be counted against the Associate under any
attendance policy that would otherwise require a reduction in
compensation or benefits.**

**Additional Information**
Associates should contact a member of the management team for
additional information about FMLA or state equivalents, or refer to
Wal-Mart's Leave of Absence policy for more specific information.
Associates may also contact their Market Human Resource Manager,
or any member of Human Resources, for any questions they may
have about the application of the FMLA.

## NOTICE OF CALIFORNIA FAMILY CARE AND MEDICAL LEAVE (CFRA LEAVE) AND PREGNANCY DISABILITY LEAVE

Under the California Family Rights Act of 1993 (CFRA), if you
have more than 12 months of service with us and have worked at
least 1,250 hours in the 12-month period before the date you want to
begin your leave, you may have a right to an unpaid family care or
medical leave (CFRA leave). This leave may be up to 12 workweeks
in a 12-month period, which begins on the first day of the leave, for
the birth, adoption, or foster care placement of your child or for your
own serious health condition or that of your child, parent, spouse,
Registered Domestic Partner, or child of a Registered Domestic
Partner.

NOTE:   CFRA leave runs concurrently with FMLA leave.

5

Exhibit 4 - Page 25
WM000283

Even if you are not eligible for CFRA leave, if you are disabled by pregnancy, childbirth or related medical conditions, you are entitled to take a pregnancy disability leave of up to four months, depending on your period(s) of actual disability. If you are CFRA-eligible, you have certain rights to take BOTH a pregnancy disability leave and a CFRA leave for reason of the birth of your child. Both leaves contain a guarantee of reinstatement to the same or to a comparable position at the end of the leave, subject to any defense allowed under the law.

If possible, you must provide at least 30 days advance notice for foreseeable events (such as the expected birth of a child or a planned medical treatment for yourself or of a family member). For events which are unforeseeable, we need you to notify us, at least verbally, as soon as you learn of the need for the leave, but not later than 3 days after the commencement of the leave. The written request for leave must be completed and submitted for approval as soon as practical, but not later than 15 days after the commencement of the leave. Failure to comply with these notice rules is grounds for, and may result in, deferral of the requested leave until you comply with this notice policy.

We may require certification from your health care provider before allowing you a leave for pregnancy or your own serious health condition or certification from the health care provider of your child, parent, spouse, Registered Domestic Partner, or child of a Registered Domestic Partner who has a serious health condition before allowing you a leave to take care of that family member. When medically necessary, leave may be taken on an intermittent or reduced work schedule.

If you are taking a leave for the birth, adoption or foster care placement of a child, the basic minimum duration of the leave is two weeks and you must conclude the leave within one year of the birth or placement for adoption or foster care. You are allowed a maximum of 12 weeks for this parental leave under CFRA.

Taking a family care or pregnancy disability leave may impact certain of your benefits. If you want more information regarding your eligibility for a leave and/or the impact of the leave on your benefits, please contact Facility Manager, People Manager, MHRM, or RHRM.

## NOTIFICACIÓN DE PERMISO DE AUSENCIA MÉDICA Y CUIDADO MÉDICO FAMILIAR DE CALIFORNIA (CFRA LEAVE) Y PERMISO MÉDICO POR EMBARAZO.

Bajo el Acta sobre los Derechos de la Familia Californiana de 1993 (*CFRA leave*), si usted tiene más de 12 meses de servicio con nuestra empresa y ha trabajado más de 1.250 horas dentro del período de 12 meses antes de la fecha que usted quiere comenzar su salida, usted puede tener el derecho a un permiso de ausencia no remunerado para el cuidado familiar o médico (*CFRA leave*). Este permiso de ausencia no remunerado puede ser de hasta 12 semanas dentro de un período de 12 meses, el cual comienza el primer día del permiso de ausencia no remunerado por el nacimiento, la adopción, o la colocación de su hijo en un hogar adoptivo, o por una condición médica grave, suya, de su hijo(a), de uno (o ambos) de sus padres, su esposa(o), su concubino(a), o el hijo(a) de su concubino(a).

NOTA: *CFRA leave* funciona concurrentemente con el *"FMLA leave."*

Aunque usted no califique para un *CFRA leave*, si está suspendida por embarazo, alumbramiento o cualquier condición médica relacionada, usted tiene derecho a obtener un permiso de ausencia de hasta cuatro meses, dependiendo del período de su suspensión por embarazo actual. Si usted es elegible para *CFRA leave*, usted goza de ciertos derechos para tomar ambos: un permiso de ausencia por embarazo y un permiso de ausencia por el nacimiento de su hijo(a). Ambos permisos de ausencia mantienen la garantía de reincorporación a la misma posición, o a una posición comparable, al final del permiso, sujeto a cualquier defensa legal permitida bajo la ley.

Si es posible, usted puede suministrar un preaviso de por lo menos 30 días de anticipación para eventos previsibles (tales como el alumbramiento de un bebé o un tratamiento médico para usted o algún miembro de su familia). Para eventos impredecibles, necesitamos que nos informe, aunque sea verbalmente, tan pronto sepa de la necesidad del permiso de ausencia, pero no más de tres días después del comienzo de la ausencia. La petición por escrito del permiso de ausencia debe ser finiquitado y sometido para su aprobación tan pronto como sea posible, pero no más de 15 días después del comienzo del permiso de ausencia. El incumplimiento de estas reglas son bases de, y pueden resultar en, retraso en la aprobación del permiso hasta que usted cumpla con los requisitos de esta notificación de póliza.

Nosotros podemos requerir la certificación de su médico antes de otorgarle el permiso de ausencia por motivo de embarazo o una condición médica grave o la certificación del médico de su hijo(a), padre/madre, esposa(o), concubino(a), o el hijo(a) de su concubino(a) que presenten una condición grave de salud, antes de aprobar el permiso de ausencia para el cuidado de ese miembro de la familia. Cuando sea médicamente necesario, los permisos de ausencia se pueden tomar de manera intermitente o a través de un horario de trabajo reducido.

Si usted está solicitando permiso de ausencia debido al nacimiento, adopción o la colocación de su hijo en un hogar adoptivo, la duración básica mínima de permiso de ausencia, es de dos semanas y usted debe concluir su permiso de ausencia al año del nacimiento de su hijo(a), o la colocación de su hijo(a) en adopción o en un hogar adoptivo. Bajo las normas de *CFRA leave*, el tiempo máximo permitido para un permiso de ausencia por maternidad es de 12 semanas.

Tomar permisos de ausencia por maternidad o cuidado familiar, puede impactar sus beneficios de alguna manera. Si usted desea más información en relación a su elegibilidad de permiso de ausencia y/o el impacto del permiso sobre sus beneficios, por favor contacte al gerente de la tienda, el gerente de personal, o al gerente regional de personal.

6

Exhibit 4 - Page 26
WM000284

**Wal-Mart Leave of Absence Policy (PD-24)**
**REQUEST FOR LEAVE OF ABSENCE — FMLA/PERSONAL**

| Associate Name: | Onier L. Vargas | ID#: | 29 | Facility #: 6625 |
|---|---|---|---|---|

| Complete Address: | 7353 Rubio Ave Van Nuys Ca. 91406 | Phone: | (818) 781-1873 |
|---|---|---|---|

You must give reasonable advance notice of your need for Leave by submitting this Request for Leave Form. Generally, you should notify us at least 30 days before you need to take leave. If this is not possible, you must notify us as soon as possible, generally within two business days after learning that you need to take leave. You should submit the Request for Leave Form for approval and processing to your HR Representative.

## Dates of Leave Requested

1. Anticipated start and end dates of requested leave:    Start Date: 10/17/08    End Date: 12/07/08

2. If you are requesting intermittent leave or reduced-schedule leave, please provide details regarding the anticipated schedule *(available only for FMLA Leave if your health care provider determines such leave is medically necessary due to a serious health condition)*:

PT. is Schedule For A Right Knee ARTHROSCOPIC SURGERY. 10/17/08

## Type of Leave Requested

3. Indicate the type of leave you are requesting:

[X] FMLA Leave*          [ ] Personal Leave*

## Reason for Leave Request

4. Indicate the reason for which you are requesting leave (check all that apply):

[X] **Medical Leave ***    [ ] *Pregnancy*    [ ] *Workers' Compensation*    [ ] *Disability*    [X] *Own Serious Health Condition*

[ ] **Parental Leave***    [ ] *Birth of Child*    [ ] *Adoption of Child*    [ ] *Foster Care Placement of Child*

[ ] **Family Care Leave ***

     [ ] *Child (name)*
     [ ] *Parent (name)*
     [ ] *Spouse (name)*
     [ ] *Other (name)/ Relationship*

[ ] **Military Family**
(Exigent Circumstances)

     [ ] *Child (name)*
     [ ] *Parent (name)*
     [ ] *Spouse (name)*

[ ] **Military Family Care**
(Serious Illness/Injury)

     [ ] *Child (name)*
     [ ] *Parent (name)*
     [ ] *Spouse (name)*
     [ ] *Next of Kin (name)*

[ ] **Personal Leave**    [ ] *Education*   [ ] *Expatriate Spouse*   [ ] *Military Spouse*   [ ] *Bereavement*   [ ] *Transfer*   [ ] *Other*

***You must submit a MEDICAL CERTIFICATION FORM in order to qualify for Medical Leave (including Leave due to Pregnancy) or Family Care Leave. You must submit the MEDICAL CERTIFICATION FORM within 15 days of receipt of the form and/or within 15 days of your request for leave.**

7

Exhibit 4 - Page 27
WM000285

**Wal-Mart Leave of Absence Policy (PD-24)**
**REQUEST FOR LEAVE OF ABSENCE –**
**FMLA/PERSONAL**

| | | | | | |
|---|---|---|---|---|---|
| Associate Name: | Onier L. Vargas | ID#: | 29 | Facility #: | 6685 |

| | | | | |
|---|---|---|---|---|
| Complete Address: | 7353 Rubio Ave Van Nuys Ca. 91406 | | Phone: | (818) 781-1873 |

## Insurance Information

Unless you submit a STATUS CHANGE to reduce or discontinue coverage, your present insurance coverage may continue for up to one year while on Leave. If you choose to keep any Medical, Dental or Life Insurance, you must send the premium amount normally deducted from your paycheck to: Wal-Mart Benefits, Department 3001, P.O. Box 1039, Lowell, AR 72745. Write your name, social security or benefit identification number and work location on your check or money order. (Payments for short- and long-term disability are not required while on Leave.) The premium is due each pay period (every two weeks) in which you do not receive a Wal-Mart payroll check, and failure to pay premiums within 30 days of the due date will result in cancellation of your coverage. While on a leave of absence, you may want to pay your premiums two weeks ahead to avoid a delay of your Special Pharmacy Benefits. If you submitted a STATUS CHANGE to reduce or discontinue coverage when you went on Leave, you may do another status change to resume your coverage when you return to work. If coverage is cancelled for non-payment of premiums, you may be eligible for a reinstatement of coverage once a required number of hours are worked (see "Eligibility" section of the Benefit Book). If Leave extends beyond one year, you may be able to elect continued coverage under COBRA.

## Associate Certification

I agree to return to work on *(return date)*: 12-02-08 . If circumstances change such that I will not be able to return to work on that date, I will promptly inform my manager. I understand that I will be responsible for payment of applicable insurance premiums. I understand that if I fail to return to work or request an extension of leave by the return date stated above, my Associate benefits shall be subject to forfeiture, and Wal-Mart will have no further obligation to continue my employment. I also understand there will be no accumulation of benefits while I am on leave. I fully understand Wal-Mart's Leave of Absence Policy. I have read and understand the "Insurance Information" Section above.

The information I provided is true and accurate. If I misrepresent facts or falsify documents associated with my leave request, or if I use Wal-Mart Leave for any reason other than for which that, I requested and obtained approval, I understand that I may be subject to discipline, up to and including termination, and/or a loss of any leave, to the extent permitted by law.

| | | | |
|---|---|---|---|
| Associate Signature: | *(signature)* | Date: | 10-16-08 |
| Name *(Print)*: | Onier L. Vargas | | |

## HR Approval

| | | | | |
|---|---|---|---|---|
| Dates Requested: | Start Date | 10-17-08 | End Date | 12-02-08 |
| Dates Approved: | Start Date | 10-17-08 | End Date | 12-02-08 |

Type of Leave Approved: _____

| | | | |
|---|---|---|---|
| Facility Manager/ Human Resources Signature Name *(Print)*: | *(signature)* Ron Pelfe | Date: | 10-16-08 |

☒ Approved   ☐ Denied

8

Exhibit 4 - Page 28
WM000286

## CERTIFICATION OF HEALTH CARE PROVIDER - CALIFORNIA

1. Employee's Name: _Onier L. Vargas_

2. Patient's Name (If other than employee): _Onier L Vargas_

3. Date medical condition or need for treatment commenced: _Sym on 10-17-08_  _(R) lw_

   [NOTE: THE HEALTH CARE PROVIDER IS NOT TO DISCLOSE THE UNDERLYING DIAGNOSIS WITHOUT THE CONSENT OF THE PATIENT]

4. Probable duration of medical condition or need for treatment: _6 week_

5. The attached sheet describes what is meant by a "serious health condition" under both the Federal Family and Medical Leave Act (FMLA) and the California Family Rights Act (CFRA). Does the patient's condition qualify under any of the categories described? If so, please check the appropriate category.

   (1) ((2)) (3) (4) (5) (6)

6. If the certification is for the serious health condition of the employee, please answer the following:

   Yes No
   [ ] [√] Is the employee able to perform work of any kind? (If "No", skip next question.)  _X 6 week_
   [√] [•] Is employee unable to perform any one or more of the essential functions of employee's position?
   (Answer after reviewing statement from employer of essential functions of employee's position, or, if none provided, after discussing with employee.)

7. If the certification is for the care of the employee's family member, please answer the following:

   Yes No
   [ ] [ ] Does (or will) the patient require assistance for basic medical, hygiene, nutritional needs, safety or transportation?
   [ ] [ ] After review of the employee's signed statement (See Item 1 below), does the condition warrant the participation of the employee? (This participation may include psychological comfort and/or arranging for third-party care for the family member.)

8. Estimate the period of time care is needed or during which the employee's presence would be beneficial. _Unable to work for 6 week_

9. Please answer the following question only if the employee is asking for intermittent leave or a reduced work schedule.

   Yes No
   [ ] [√] Is it medically necessary for the employee to be off work on an intermittent basis or to work less than the employee's normal work schedule in order to deal with the serious health condition of the employee or family member?

   If the answer to 9 is yes, please indicate the estimated number of doctor's visits, and/or estimated duration of medical treatment, either by the health care practitioner or another provider of health services, upon referral from the health care provider. _____

9

Exhibit 4 - Page 29
WM000287

**ITEM 10 IS TO BE COMPLETED BY THE EMPLOYEE NEEDING FAMILY LEAVE**
**\*\*\*TO BE PROVIDED TO THE HEALTH CARE PROVIDER UNDER SEPARATE COVER**

10.    When family care leave is needed to care for a seriously-ill family member, the employee shall state the care he or she will provide and an estimate of the time period during which this care will be provided, including a schedule if leave is to be taken intermittently or on a reduced work schedule:

11.   Signature of health care provider: _____

   Date: _____

12.   Signature of Employee: _____

   Date: _____

*A "Serious Health Condition" means an illness, injury, impairment, or physical or mental condition that involves one of the following:*

1.   *Hospital Care Inpatient care (i.e. an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity or subsequent treatment in connection with or consequent tot such inpatient care.*

2.   *Absence Plus Treatment - A period of incapacity of more than three consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition), that also involves:*

   ○   *Treatment two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (i.e. physical therapist) under orders of, or on referral by, a health care provider; or*

   ○   *Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of the health care provider.*

3.   *Pregnancy [NOTE:  An employee's own incapacity due to pregnancy is covered as a serious health condition under FMLA but not under CFRA.] Any period of incapacity due to pregnancy, or for prenatal care.*

4.   *Chronic Conditions Requiring Treatment - Any condition which:*

   ○   *Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider*

   ○   *Continues over an extended period of time (including recurring episodes of a single underlying condition); and*

   ○   *May cause episodic rather than a continuing period of incapacity (i.e. asthma, diabetes, epilepsy, etc)*

5.   *Permanent/Long-Term Conditions Requiring Supervision – A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective.  The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider. (i.e. Alzheimer's, a severe stroke, or the terminal stages of a disease.)*

6.   *Multiple Treatments (Non-Chronic Conditions – Any period of absence to receive multiple treatments (including any period of recovery there from) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.) severe arthritis (physical therapy) kidney disease (dialysis).*

10

Exhibit 4 - Page 30
WM000288

EXHIBIT 5

Sean Mclaughlin MD

Onier Vargas
09281964

---

**Work Release Form**

---

This notice verifies that your employee, **Onier Vargas**, was seen in this facility on **1/5/2008**.

He/she may return to work on **01/14/2008** with the following restrictions:
           None:    ✔
       No heavy lifting:    (over **0** pounds)
  No prolonged standing:
       Desk Work Only:
           Other:

These restrictions apply through . After this date, your employee should be able to participate fully in all work duties.

**NOTE:** If symptoms continue and the employee is unable to perform the full duties of their job by this date, please advise the employee to return to this facility or make an appointment with the referral physician for further evaluation.

_____
Sean Mclaughlin MD

---

Exhibit 5 - Page 31
WM000314

EXHIBIT 6

## Register Operator Accountability/Pink Slip Procedure

| | |
|---|---|
| **Overview** | The guidelines below outline the Register Operator and Door Accountability (Pink Slip) procedures.  These procedures will ensure consistency in processing Pink Slips issued as a result of cash shortages or errors identified at the exit door, and lead to consistency with regards to coachings and terminations. |
| **Tracking:** | Pink Slips will be tracked in a 6-month revolving period from the date the last variance occurred. |
| **Effective Date:** | The program is effective on 8/1/03 for all SAM'S CLUBS Register Operators, and pertains to anyone operating a register, regardless of job code. |
| **Terminology** | **Variance:** Any loss **not recovered** as a result of register operations. This includes cash overages & shortages of **$5 or more,** missing active suspended transaction slips, incorrectly tendered/unsigned checks where money is not recovered, and missing bankcard slips. |
| | **Door Error:** Any item identified at the exit door for which a Member was overcharged or undercharged. |

**Cash Shortages Resulting in Automatic Coachings**

| Cash Shortage | Coaching Level |
|---|---|
| $ 50 to $99 | Automatic **Written Coaching** (or next level if the Associate already has a Written Coaching). |
| $ 100 or higher | Automatic **Decision Making Day** |

| NOTE: | Associates who have an active coaching on file and who receive a coaching for either cash variances of door errors will advance to the next level of coaching.

*Example:*

An Associate who has a Verbal Coaching for attendance and then received 4 Pink Slips for cash variances, will advance to a written coaching. |
|---|---|

Exhibit 6 - Page 32

## Register Operator Accountability/Pink Slip Procedure

**Issuing Pink Slips**

- Pink slips are issued by the Accounting Office after thorough research was done and the loss not recovered.

  All Pink Slips issued must be logged in the **Register Operator Accountability Log**. (Make a separate log for each Associate).

- A Pink Slip related to a coaching must be retained in the Associate's Personnel File. The number of the online coaching must be logged in the top right hand corner of the pink slip.

- A COS or member of management should issue the pink slip prior to a Cashier or Register Operator working on a register on their next scheduled shift.

- Pink slips can not be used to Coach for Improvement if the Operator with a variance can not be identified.

**Accountability:**

The Operator Accountability Pink Slip Procedures must be discussed with all Associates who operate a cash register. This applies to hourly associates, hourly supervisors, and Club Management.

Discuss the procedures in Cashier Meetings and during Orientation.

EXHIBIT 7

Case 2:16-cv-02921-AB-AJW   Document 42-5   Filed 01/30/17   Page 35 of 71   Page ID #:1807

## Coaching for Improvement

**Updated: July 19, 2010**

At Walmart, we believe that by communicating expectations to associates, we empower you to perform your job well and to take charge of your own personal and professional growth. We communicate our expectations regarding your job performance and conduct through company policies, associate training, evaluations and communication with associates.

Coaching for improvement is a tool we use to provide instruction and assistance to you if your job performance fails to meet the reasonable expectations and standards for all associates in the same or similar position or if your conduct violates a company policy or interferes or creates a risk of interfering with the safe, orderly and efficient operation of our business. This approach provides you with an opportunity to identify, acknowledge and change unacceptable job performance or conduct and enables us to retain those associates who demonstrate the interest, ability and desire to be successful.

This policy applies to all associates except those who work in Field Logistics. Special considerations apply to associates employed less than 90 days and Home Office temporary associates.

Managers and supervisors should use the supplemental Coaching for Improvement Guide for additional guidance in administering this policy.

Verbal coaching
Written coaching
Decision Making Day
Active coaching period
Investigations and appropriate action
Termination

**Resources**

Coaching for Improvement Guide

Online Coaching System - Knowledge Center > Tools and Reports > Online Coaching

WMP-35 - Coaching for Improvement Form (Home Office Use only)

### Coaching for improvements

You may receive only one of each coaching level in any 12-month period. Your supervisor or manager will determine the appropriate coaching level to use depending on the individual circumstances of the situation. You should be aware that levels of coaching may be skipped, depending upon the determination by your supervisor or manager of the appropriate coaching level for the particular situation. You may not receive two of the same level of coaching, instead the next level of coaching will be used for any subsequent issue.

### Verbal coaching

Your supervisor or manager may use a Verbal coaching to explain that your job performance or conduct does not meet our expectations and to tell you what you need to do to correct the performance or conduct issue. A Verbal coaching is the first level in coaching for improvement but may be skipped if the job performance or conduct warrants a higher level of coaching.

### Written coaching

Your supervisor or manager may use a Written coaching to notify you in writing that your job performance or conduct does not meet our expectations or when you have failed to correct a job performance or conduct issue despite prior Verbal coaching or if the job performance or conduct warrants a Written level of coaching. You will be required to submit a plan of action outlining how you will make the corrected behavior. You may not eligible for promotion or transfer if you have an active (within 12 months) Written coaching. Refer to the Job Transfers and Postings Policy for the transfer eligibility guidelines for your division.

### Decision Making Day

Your supervisor or manager may use a Decision Making Day to notify you, in writing, that your job performance or conduct does not meet our expectations or when you have failed to correct a job performance or conduct issue despite prior verbal and/or written coaching or if the job performance or conduct warrants a Decision Making Day level of coaching.

If you receive a decision-making day, your supervisor or manager will meet with you to discuss the unacceptable job performance or conduct at issue and explain the improvements that you must make and/or the actions that will be taken in light of the unacceptable job performance or conduct at issue. You then must use your next scheduled work day to develop a plan of action to correct the problems or concerns that exist. You will receive your regular pay on this day, based on the number of hours you were originally scheduled to work. Upon your return from a Decision Making Day, your supervisor or manager will meet with you to review your plan of action, discuss your decision regarding making the required improvement and take appropriate action based on your decision. You may not eligible for promotion or transfer if you have an active (within 12 months) Decision Making Day coaching. Refer to the Job Transfers and Postings Policy for the transfer eligibility guidelines for your division.

If you fail to submit an acceptable plan of action for a Written or Decision Making Day coaching, you will be subject to further disciplinary action up to and including immediate termination.

If your unacceptable job performance or conduct warrants a coaching level and you have already received a decision making day in the 12 months immediately preceding the unacceptable job performance or conduct, you will be terminated.

### Associates employed less than 90 days and Home Office temporary associates

Associates employed less than 90 Days and Home Office temporary associates should be given verbal feedback regarding their performance and behavior. The formal coaching process is preferred, but not required.

Issues of performance should be addressed before an associate is terminated, allowing them an opportunity to meet

Exhibit 7 - Page 34
WM000554

Case 2:16-cv-02921-AB-AJW   Document 42-5   Filed 01/30/17   Page 36 of 71   Page ID #:1808

company expectations. However, any performance issue may be grounds for termination.

### Active coaching period

When your supervisor or manager uses a coaching level to inform you of unacceptable job performance or conduct requiring improvement, an active coaching period related to this issue begins and will continue for 12 months.

If you take a leave of absence during an active coaching period, the 12-month active coaching period will be suspended during the leave. Upon your return to work, the active coaching period will begin again.

If you terminate during an active coaching period, the coaching will continue to run for the duration of the initial 12-month period. If you are rehired during the initial 12-month period, you will still have an active coaching.

### Investigations and appropriate action

#### Investigation

When a supervisor or manager learns of reported or potential misconduct, she or he may need to conduct an investigation in order to determine what occurred and take appropriate action. If you refuse to cooperate in an investigation or fail to tell the truth during an investigation, you may be subject to disciplinary action up to and including termination.

We strictly prohibit retaliation for cooperating in an investigation. If you retaliate against another associate for cooperating in an investigation, you will be subject to disciplinary action up to and including termination.

#### Action during investigation

It may be necessary to put reasonable interim measures in place during an investigation, if the manager or supervisor conducting the investigation determines that such measures would be appropriate. Interim measures may include, but are not limited to, suspension or transfer.

Suspensions are unpaid.  However, if you are suspended pending the outcome of a company investigation and the result is that the allegations against you are not substantiated, you will be returned to work and paid for all scheduled hours missed while suspended.

#### Appropriate action

If the investigation reveals that you have engaged in misconduct, your supervisor or manager will take appropriate action. The appropriate action will depend on the nature of the particular situation and may include coaching or immediate termination.

#### Confidentiality

We will make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information only to those having a need to know in order to facilitate the investigation or its resolution.  Any other disclosure constitutes a breach of confidentiality and will result in disciplinary action up to and including termination.

### Termination

If you receive a coaching and your job performance or conduct remains unacceptable, we will terminate your employment.

Additionally, if your unacceptable conduct is found to be serious, this may result in your immediate termination. In such cases, you will not be eligible for rehire. Examples of misconduct that may warrant immediate termination include, but are not limited to, the following:

- Violence or a safety violation, that creates a high risk of injury to people or damage to property.
- Intentional failure to follow a Walmart policy.
- Falsification of documentation.
- Theft, fraud or abuse of an associate benefit or other action involving financial integrity issues.
- Violation of federal, state or local statute or regulation through your work activities.

Behavior identified in any of our policies that could result in an associate's immediate termination.

### For more information

If you have questions or need further guidance, please contact your HR representative.

Last Modified: March 1, 2011

Exhibit 7 - Page 35
WM000555

EXHIBIT 8

## Coaching for Improvement

**Updated: April 19, 2012**

At Walmart, we believe that by communicating expectations to associates, we empower you to perform your job well and to take charge of your own personal and professional growth. We communicate our expectations regarding your job performance and conduct through company policies, associate training, evaluations and communication with associates.

Coaching for improvement is a tool we use to provide instruction and assistance to you if your job performance fails to meet the reasonable expectations and standards for all associates in the same or similar position or if your conduct violates a company policy or interferes or creates a risk of interfering with the safe, orderly and efficient operation of our business. This approach provides you with an opportunity to identify, acknowledge and change unacceptable job performance or conduct and enables us to retain those associates who demonstrate the interest, ability and desire to be successful.

This policy applies to all associates except those who work in Field Logistics. Special considerations apply to associates employed less than 90 days and Home Office temporary associates.

Managers and supervisors should use the supplemental Coaching for Improvement Guide, available in the Resource section of the Online Coaching for Improvement system, for additional guidance in administering this policy.

First Written coaching
Second Written coaching
Third Written coaching
Active coaching period
Investigations and appropriate action
Termination

### Resources

Managers can access the Online Coaching for Improvement Guide in the Resource section of the Online Coaching System. The system is available on the WIRE by following the path below.

Online Coaching System - Knowledge Center > Tools and Reports > Online Coaching for Improvement - Online PTL

## Coaching for improvements

You may receive only one of each level of coaching in any 12-month period. Your supervisor or manager will determine the appropriate level of coaching to use depending on the individual circumstances of the situation. You should be aware that levels of coaching may be skipped, depending upon the determination by your supervisor or manager of the appropriate level of coaching for the particular situation. You may not receive two of the same level of coaching; the next level of coaching will be used for any subsequent issue.

### First Written coaching

Your supervisor or manager may use a First Written level of coaching to notify you that your job performance or conduct does not meet our expectations and to communicate what you need to do to correct the performance or conduct issue. A First Written is the first level in coaching for improvement but may be skipped if the job performance or conduct warrants a higher level of coaching.

### Second Written coaching

Your supervisor or manager may use a Second Written level of coaching to notify you that your job performance or conduct does not meet our expectations, when you have failed to correct a job performance or conduct issue despite a prior First Written level of coaching, or if the job performance or conduct warrants a higher level of coaching. You will be required to submit a plan of action outlining how you will improve your conduct and/or performance. You may not be eligible for promotion or transfer if you have an active (within 12 months) Second Written level of coaching. Refer to the Job Transfers and Postings Policy for the transfer eligibility guidelines for your division.

### Third Written coaching

Your supervisor or manager may use a Third Written level of coaching to notify you that your job performance or conduct does not meet our expectations, when you have failed to correct a job performance or conduct issue despite a prior First and/or Second Written level of coaching, or if the job performance or conduct warrants a higher level of coaching.

If you receive a Third Written level of coaching, your supervisor or manager will meet with you to discuss the unacceptable job performance or conduct at issue and explain the improvements that you must make and/or the actions that will be taken in light of the unacceptable job performance or conduct at issue. You will be required to develop a plan of action to correct the problems or concerns that exist. Your manager will provide you sufficient time during your regularly scheduled shift to develop your plan and will then meet with you to review the plan, discuss your decision regarding making the required improvements, and take appropriate action based on your decision. You may not be eligible for promotion or transfer if you have an active (within 12 months) Third Written level of coaching. Refer to the Job Transfers and Postings Policy for the transfer eligibility guidelines for your division.

If you fail to submit an acceptable plan of action for a Second or Third Written level of coaching, you may be subject to further disciplinary action up to and including immediate termination.

If your unacceptable job performance or conduct warrants a level of coaching and you have already received a Third Written level of coaching within the 12 months immediately preceding the unacceptable job performance or conduct, you will be subject to termination.

### Associates employed less than 90 days and Home Office temporary associates

Associates employed less than 90 Days and Home Office temporary associates should be given verbal feedback regarding their performance and behavior. The formal coaching process is preferred, but not required.

Issues of performance should be addressed before an associate is terminated, allowing them an opportunity to meet company expectations. However, any performance issue may be grounds for termination.

Exhibit 8 - Page 36

**WM000540**

Case 2:16-cv-02921-AB-AJW   Document 42-5   Filed 01/30/17   Page 39 of 71   Page ID
#:1811

## Active coaching period

When your supervisor or manager uses a level of coaching to inform you of unacceptable job performance or conduct requiring improvement, an active coaching period related to this issue begins and will continue for 12 months.

If you take a leave of absence during an active coaching period, the 12-month active coaching period will be suspended during the leave. Upon your return to work, the active coaching period will begin again.

If you terminate during an active coaching period, the level of coaching will continue to run for the duration of the initial 12-month period. If you are rehired during the initial 12-month period, you will still have an active coaching.

## Investigations and appropriate action

### Investigation

When a supervisor or manager learns of reported or potential misconduct, she or he may need to conduct an investigation in order to determine what occurred and take appropriate action. If you refuse to cooperate in an investigation or fail to tell the truth during an investigation, you may be subject to disciplinary action up to and including termination.

We strictly prohibit retaliation for cooperating in an investigation. If you retaliate against another associate for cooperating in an investigation, you will be subject to disciplinary action up to and including termination.

### Action during investigation

It may be necessary to put reasonable interim measures in place during an investigation, if the manager or supervisor conducting the investigation determines that such measures would be appropriate. Interim measures may include, but are not limited to, suspension or transfer.

Suspensions are unpaid.  However, if you are suspended pending the outcome of a company investigation and the result is that the allegations against you are not substantiated, you will be returned to work and paid for all scheduled hours missed while suspended.

### Appropriate action

If the investigation reveals that you have engaged in misconduct, your supervisor or manager will take appropriate action. The appropriate action will depend on the nature of the particular situation and may include coaching or immediate termination.

### Confidentiality

We will make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information only to those having a need to know in order to facilitate the investigation or its resolution.  Any other disclosure constitutes a breach of confidentiality and will result in disciplinary action up to and including termination.

## Termination

If you receive a level of coaching and your job performance or conduct remains unacceptable, we will terminate your employment.

Additionally, if your unacceptable conduct is found to be serious, this may result in your immediate termination. In such cases, you will not be eligible for rehire. Examples of misconduct that may warrant immediate termination include, but are not limited to, the following:

- Violence or a safety violation, that creates a high risk of injury to people or damage to property.
- Intentional failure to follow a Walmart policy.
- Falsification of documentation.
- Theft, fraud or abuse of an associate benefit or other action involving financial integrity issues.
- Violation of federal, state or local statute or regulation through your work activities.

Behavior identified in any of our policies that could result in an associate's immediate termination.

## For more information

If you have questions or need further guidance, please contact your HR representative.

Last Modified: May 25, 2011

Exhibit 8 - Page 37
**WM000541**

EXHIBIT 9

| Coaching # 5278197 Status is Expired Mode is View | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Win Number** | **First Name** | **Middle Name** | **Last Name** | **Userid** | **Country** | **Division** | **Facility** |
| 100600065 | ONIER | L | VARGAS | OLVARGA | US | 18 | 6625 |

**Type Of Coaching :**

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| **Original Level** | **Level** | **Reason(s)** |
|---|---|---|
| Level designated as 'Verbal' when issued. Change in designation only due to terminology change as of April 19, 2012. | First Written | Controls |

**Observations of Associate's Behavior and/or Performance :**

Onier has several cash varience pink slips: On 04 07 10 Onier was short 20.12 dollars, on 07 07 10 Onier was over 5.70 dollars, on 09 04 10 Onier was over 8.46 dollars, and on 09 10 10 dollars Onier was over 32.34 dollars. Onier has several door error pink slips: On 03 18 10 Onier over charged a member 2.64 dollars, on 03 19 10 Onier over charged a member 4.46 dollars, on 04 03 10 Onier under charged a member 5.36 dollars, and on 08 07 10 Onier under charged a member 6.68 dollars.

**Impact of Associate's Behavior :**

Oniers cash variences and door errors impact the club in the following ways: It is a direct loss to the company. It raises our shrink level. It impact the clubs associates by lowering their Sam s Share. It affects our members outlook of Sam s Club. It is an inconvenience to our members.

**Behavior Expected Of Associate :**

Onier is expected to count all cash given to him at least twice. He is to count all change given back to the member at least twice. He is to verify his till before and after his shift. He is to ensure no one uses his till. Onier is also to verify all larger bills with a counterfiet pen that has been provided to him. Onier is expected to transfer all items to a new cart and or flat bed. Onier is expected to ensure that any prescanned items are double verified, as he is the associate responsible for an accurate count of purchased items. He is to follow the PSLB technique and be sure to scan before transferring the item to the new cart flatbed.

**Next Level of Action :**

The next level of action if behavior continues is: Second Written up to and including Termination

**Action Plan :**

None

**Date, Time, and Place of Coaching :**

**Date Given :** 09/14/2010   **Time :** 01:15   **Place :** MARKETING ROOM

**Expiration Date :**

The expiration date of the coaching may be extended beyond 09/15/2011 date, if the

WM000631

Case 2:16-cv-02921-AB-AJW   Document 42-5   Filed 01/30/17   Page 42 of 71   Page ID #:1814

| Associate spent time on LOA. | |
|---|---|
| **Acknowledgements** | |
| **Date Acknowledged** : | |
| **Associate**<br>**Name** : | **Userid** : |
| **Manager**<br>**Name** : CHERI A HAZELBAKER | **Userid** : CAHAZEL |
| **Witness**<br>**Name** : MARINA AGUILAR | **Userid** : MAGUILA |

Print

**WM000632**

# EXHIBIT 10

| Coaching # 9326863 Status is Expired Mode is View | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Win Number** | **First Name** | **Middle Name** | **Last Name** | **Userid** | **Country** | **Division** | **Facility** |
| 100600065 | ONIER | L | VARGAS | OLVARGA | US | 18 | 6625 |

**Type Of Coaching :**

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| **Original Level** | **Level** | **Reason(s)** |
|---|---|---|
| Level designated as 'Written' when issued. Change in designation only due to terminology change as of April 19, 2012. | Second Written | Cash Shortage/Overage |

**Observations of Associate's Behavior and/or Performance :**

As per Company guidelines, Onier has exceeded the amount of pinks slips within a 6 month period as follows: October 21, 2011 -$49.99 Short/Cash October 28, 2011 -$10.00 Short/Cash December 01, 2011 +$5.37 Over/Cash January 12, 2012 +$42.40 Over/Cash February 07, 2012 -$99.99 Short/Cash A detail research was conducted and cameras were viewed and found nothing that would offset the cash discrepancies.

**Impact of Associate's Behavior :**

Any overages or shortages impact the company's bottom line. By not being accurate, Onier had caused financial loss to the Club.

**Behavior Expected Of Associate :**

Onier need to be very careful and extremely accurate when it comes to any financial transaction at the point of sale. Onier must ask for help if the volume of transactions/members is overwhelming and needs support from the COS/MGR in charge, this way Onier will be able to be 100% accurate on all his transactions. Preventing him from advancing to the next level of coaching.

**Next Level of Action :**

The next level of action if behavior continues is: Third Written up to and including Termination

**Action Plan :**

**Date, Time, and Place of Coaching :**

**Date Given :** 02/13/2012   **Time :** 14:14   **Place :** personell office

**Expiration Date :**

The expiration date of the coaching may be extended beyond 03/30/2013 date, if the Associate spent time on LOA.

**Acknowledgements**

**Date Acknowledged :** 02/13/2012

| **Associate** **Name** : ONIER L VARGAS | **Userid** : OLVARGA |
|---|---|

WM000629

EXHIBIT 11

| Coaching # 10822306 Status is Expired Mode is View | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Win Number** | **First Name** | **Middle Name** | **Last Name** | **Userid** | **Country** | **Division** | **Facility** |
| 100600065 | ONIER | L | VARGAS | OLVARGA | US | 18 | 6625 |

**Type Of Coaching** :

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| **Level** | **Reason(s)** |
|---|---|
| Third Written | Cash Shortage/Overage |

**Observations of Associate's Behavior and/or Performance** :

Onier V. Has been observed over on his till on January 07, 2013 in the amount of $100.00 this is bad member service and loss of revenue to our club.

**Impact of Associate's Behavior** :

The impact of Onier's Overage is loss of profits to our club and poor member service and could lead into loss of members do to poor member service and can cause loss of Sam Share to our associates.

**Behavior Expected Of Associate** :

Onier is expected to pay close attention in all transactions especially cash trans actions giving and receiving proper change while providing excellent member service.

**Next Level of Action** :

The next level of action if behavior continues is: Termination

**Action Plan** :

**Date, Time, and Place of Coaching** :

**Date Given** : 01/21/2013   **Time** : 16:28   **Place** : Marking Office

**Expiration Date** :

The expiration date of the coaching may be extended beyond 01/22/2014 date, if the Associate spent time on LOA.

**Acknowledgements**

**Date Acknowledged** : 01/21/2013

| **Associate** **Name** : ONIER L VARGAS | **Userid** : OLVARGA |
|---|---|
| **Manager** **Name** : DONALD A WALKER | **Userid** : DAWALKE |
| **Witness** **Name** : MADALENA Y BUENO | **Userid** : MYBUENO |

Print

Exhibit 11 - Page 41

WM000628

| Coaching # 9326863 Status is Expired Mode is View | | | | | | | |
|---|---|---|---|---|---|---|---|
| Win Number | First Name | Middle Name | Last Name | Userid | Country | Division | Facility |
| 100600065 | ONIER | L | VARGAS | OLVARGA | US | 18 | 6625 |

**Type Of Coaching :**

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| Original Level | Level | Reason(s) |
|---|---|---|
| Level designated as 'Written' when issued. Change in designation only due to terminology change as of April 19, 2012. | Second Written | Cash Shortage/Overage |

**Observations of Associate's Behavior and/or Performance :**

As per Company guidelines, Onier has exceeded the amount of pinks slips within a 6 month period as follows: October 21, 2011 -$49.99 Short/Cash October 28, 2011 -$10.00 Short/Cash December 01, 2011 +$5.37 Over/Cash January 12, 2012 +$42.40 Over/Cash February 07, 2012 -$99.99 Short/Cash A detail research was conducted and cameras were viewed and found nothing that would offset the cash discrepancies.

**Impact of Associate's Behavior :**

Any overages or shortages impact the company's bottom line. By not being accurate, Onier had caused financial loss to the Club.

**Behavior Expected Of Associate :**

Onier need to be very careful and extremely accurate when it comes to any financial transaction at the point of sale. Onier must ask for help if the volume of transactions/members is overwhelming and needs support from the COS/MGR in charge, this way Onier will be able to be 100% accurate on all his transactions. Preventing him from advancing to the next level of coaching.

**Next Level of Action :**

The next level of action if behavior continues is: Third Written up to and including Termination

**Action Plan :**

**Date, Time, and Place of Coaching :**

**Date Given :** 02/13/2012   **Time :** 14:14   **Place :** personell office

**Expiration Date :**

The expiration date of the coaching may be extended beyond 03/30/2013 date, if the Associate spent time on LOA.

**Acknowledgements**

**Date Acknowledged :** 02/13/2012

| Associate Name : ONIER L VARGAS | Userid : OLVARGA |
|---|---|

WM000629

| Manager | |
|---|---|
| **Name** : ESPERANZA LOPEZ | **Userid** : ELOPEZ |
| **Witness** | |
| **Name** : ROGELIO E CASTILLO | **Userid** : RECASTI |

Print

**WM000630**

# EXHIBIT 12

**REDACTED**
#:621

## Wal-Mart Stores, Inc Separation Notice for California

Statute Reference: 22CCR 1089-1                    Date of Termination: 05/08/13

### SECTION I. ASSOCIATE CURRENT INFORMATION

Associate Name: Onier Vargas          Social Security No. ▮▮▮▮▮▮▮▮▮▮

Work Location: 6625

Work Position: Job Code 501          Job Title: Tobacco Associate

Period of employment:  From 12/04/90  To 05/08/13

### SECTION II. REASON FOR SEPARATION (enter codes and description from exit interview)

☐  Voluntary _____

☒  Involuntary  Misconduct with coachings

Reason for separation:  Given a third written coaching for cash overage on 01/21/13. On April 9, 2013 Onier was short $300.05 & on April 13, 2013 he was over $100.01.

### SECTION III. FINAL WAGES

Associate Received:  ☒ Regular Wages      ☐ Bonus
                     ☒ Vacation Pay       ☐ Separation/Severance Pay
                     ☐ Wage in Lieu       ☐ Profit Sharing/401k

In the amount of $ 8,642.13  for period from _____ to 05/08/13

If Associate retired, furnish amount of retirement pay and what percentage of contributions were paid by the employer. _____ per month _____ % paid by employer
**Note:  Wal-Mart Stores, Inc. does not have a qualified retirement plan.**

### SECTION IV. EMPLOYER CERTIFICATION

Employer Name: Sams Club              Telephone Number (818) 365-7710
Address: 12920 Foothill Blvd
City: San Fernando      State: CA          Zip: 91340
Email: _____

Employer's State Department of Labor Account Number: 427-5978-7

### SECTION V. CERTIFYING OFFICIAL

*I acknowledge that the above Associate has been separated from work at Wal-Mart and the information furnished in this document is true and correct.  This report has been delivered to or mailed to the Associate.*

Name: Marina Aguilar              Date: 05/08/13
Title: Asst Manager

Signature: _____

> **NOTICE TO ASSOCIATE**
> **PLEASE USE THIS FORM IF YOU WISH TO FILE FOR UNEMPLOYMENT**
> **INSURANCE BENEFITS.**

*Complete Along with Exit Interview (WMP 20)*

Exhibit 12 - Page 44
WM000011

EXHIBIT 13

Termination Payout          **REDACTED**          Page 1 of 1

My Favorites Key Resources Email Directory Logout Search

Home        News        Teamwork        Knowledge Center        Me@Wal-Mart

# Wal-Mart Statement of Final Pay
## 702 S.W. 8th St., Bentonville, Arkansas 72716

| | | | | | |
|---|---|---|---|---|---|
| ONIER L VARGAS | Payee | Type | Account # | | Amount |
| 7353 RUBIO AVE | ONIER L VARGAS | WSCHK | | | 8642.13 |
| VAN NUYS, CA 91406 | | | Amount Due To Associate | | 8642.13 |
| Date | | | | | |
| 05-08-2013 | | | | | |

| W4 Withholding: | Tax Method: | Exemptions: | Additional Withholding: |
|---|---|---|---|
| Federal | Married | 3 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $18.8000 | 23.94 | $450.07 | $14,974.95 | FEDERAL TAX | $3,223.03 | $3,650.56 |
| OVERTIME EARN | $28.2000 | 0.52 | $14.66 | $128.30 | SOCIAL SECURITY | $1,048.84 | $1,997.23 |
| CA MEAL PREM | $18.8000 | 1.00 | $18.80 | $18.80 | CALIFORNIA | $1,114.02 | $1,119.49 |
| PERS P/OUNUSED | $18.8000 | 476.29 | $8,954.25 | $8,954.25 | SDI | $4.03 | $128.00 |
| VAC P/O UNUSED | $18.8000 | 231.56 | $4,353.33 | $4,353.33 | INS LIFE | $1.76 | $50.96 |
| HOLIDAY PAY | | | $0.00 | $300.80 | INS DEP LIFE | $4.40 | $127.50 |
| CO STK CONT | | | $15.00 | $60.00 | INS LTD-HOURLY | $59.30 | $122.93 |
| | | | | | INS DEN U * | $8.10 | $233.64 |
| VACATION AVAILABLE | | -71.56 | | | INS AD&D U * | $0.24 | $6.84 |
| SICK AVAILABLE | | 60.65 | | | INS MED U HMO* | $87.30 | $2,532.30 |
| | | | | | 401K * | $413.73 | $861.89 |
| | | | | | IN TRANSIT D | ($915.77) | ($915.77) |
| | | | | | CO STK CONT | $15.00 | $60.00 |
| | | | | | STOCK PURCH | $100.00 | $400.00 |
| | | | | | CHECK DEPOSIT | $0.00 | $9,072.73 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $13,806.11 | $5,389.92 | ($225.94) | $8,642.13 | | Advice No. | Amt. Due Associate |
| Year to Date | $28,880.43 | $6,895.28 | $4,270.29 | $17,714.86 | | 122732373 | $ 8642.13 |

I have reviewed the above pay stub in its entirety and certify that I have received the payment of wages and other pay currently due.

**Signature:** _____          **Date:** _____

**Method of Payment:** _____          **Reference #:** _____

WIRE Knowhow        Site Map        Help        Terms and Conditions

EXHIBIT 14

## WALMART LEAVE OF ABSENCE PACKET – CALIFORNIA
### (FMLA)

The purpose of an FMLA leave of absence is to provide for needed time away from work while maintaining continuity of employment and eligibility for certain benefits.

This section is designed to let you know what is expected of you and what you can expect from us during a leave of absence, as well as to provide you with various forms you may need. If you have additional questions, please talk with your Human Resources representative and refer to the written policy. We look forward to your return to work at the end of your leave.

This packet includes:
- Requesting Leave of Absence/Associate's Checklist Information
- Manager's Checklist
- State and Federal Notices
- Leave of Absence Request Form
- Certification Forms

## REQUESTING FMLA LEAVE OF ABSENCE
## ASSOCIATE'S CHECKLIST

☐      Complete and submit a Request for Leave Form (supply documentation as required).

You should provide reasonable advance notice of your need for Leave by submitting a Request for Leave Form found in this packet. If your need for FMLA Leave is foreseeable, you must notify the company at least 30 days before you need to take leave. If your need for FMLA Leave is not foreseeable, you are required to give notice as soon as practicable, generally the same day or the following business day after learning that you need to take leave.

If you cannot give personal notice due to an emergency, your representative (*e.g.*, a family member or other responsible party) may give notice. You must submit a Request for Leave Form to your Human Resources representative as soon as you are able to do so. In this situation, the date the leave begins is the first scheduled work day missed.

If you miss work for more than three days because a family member or you are ill or injured, you should immediately notify your supervisor or manager, so it can be determined whether a FMLA Leave of absence is available to you.

You should submit the Request for Leave Form for approval and processing to your Human Resources representative. If you do not provide accurate information on any leave of absence form, or you use a leave of absence for any reason other than that for which you requested and Walmart approved, you will be subject to discipline, up to and including termination.

☐      In addition to the Request for Leave Form, you must submit a completed copy of the appropriate Certification Form, as indicated below, within 15 days of receiving the Notice of Eligibility and Rights & Responsibilities. All Certification Forms can be found in this packet.

  ☐  Certification of Health Care Provider - California
  ☐  Certification of Military Family Care Leave
  ☐  Certification of Military Family Exigency Circumstances

I

WM000261

Exhibit 14 - Page 46

It is your responsibility to provide the Certification Form to the appropriate health care provider, for yours or your family member's serious health condition or your covered servicemember's serious injury or illness, and ensure that he or she completes the form and signs it. You are required to return the completed form to your Human Resources representative promptly, generally within 15 days of receiving the Notice of Eligibility and Rights & Responsibilities. If circumstances outside your control prevent you from doing so, you are required to submit the form as soon as possible thereafter. A final decision about whether you are entitled to an FMLA Leave cannot be made until you return the completed form. If you do not provide reasonable notice and/or a timely certification, as described above, you may have your leave or absence delayed and/or your absences may not be protected under FMLA.

Walmart may require a second and third medical opinion of the certification, at the company's expense, if the company determines that such verification is appropriate.

☐   If you have insurance coverage, determine whether you want to:

    ☐   Discontinue coverage while on leave of absence by calling the Benefits Customer Service at (800) 421-1362 to submit a Family Status Change within 60 days of the first day of an approved leave of absence.

    ☐   Reduce coverage while on leave of absence, determine amount of premium by calling the Benefits Service Team at the number listed above, and submit a Family Status Change within 60 days of the first day of an approved leave of absence.

    ☐   Continue same coverage you currently have. If you continue with the same coverage that you currently have you will need to make your premium payment each pay period if you are not receiving a payroll check.

Short- and Long-Term Disability premiums are based on amount of earnings each pay period. When there are no earnings, no disability insurance premiums are due.

Please pay premiums every two (2) weeks if you are not receiving a payroll check. Make your check or money order payable to: Associates' Health and Welfare Trust. Write your Social Security Number or Benefit Identification Number and your Facility Number on your check or money order and mail your payment to:

    **Walmart Benefits**
    **Dept. 3001**
    **P.O. Box 1039**
    **Lowell, AR 72745**

You may also pay by credit card by calling (800) 421-1362 and selecting the "credit card payment" option.

**Note: Failure to submit payments within 30 days of the due date may result in cancellation of coverage. If coverage is canceled for non-payment of premiums, any claims incurred after the date for which you have paid the required premiums will not be paid. Insurance premiums are NOT DEDUCTED from Workers' Compensation or disability checks. You must pay your insurance premiums.**

☐   If you have available Deferred Holiday Pay, Vacation Pay, or Personal Time Pay, or if you qualify to use available Illness Protection Time Pay, and want to use these benefits, tell your supervisor or Human Resources representative so it can be entered into the system. When using income replacement benefits, we will deduct premiums from your payroll check, provided enough hours are keyed to cover the full premium.

☐   You may be required to submit a new Certification Form to confirm your continuing need for a FMLA Leave under the following circumstances:
    o   Your leave expires and you request an extension;
    o   Circumstances described in your original request have changed significantly;
    o   Something happens to cast doubt on the reason for the absence or the continuing validity of the certification; or
    o   Every six months

2

Upon the company's request, you are required to return the completed Certification Form within 15 calendar days. If circumstances outside your control prevent you from doing so, you are required to submit the form as soon as possible thereafter. Your continued ability to take FMLA Leave depends on your timely submission of the Certification Form, as well as your continuing eligibility for a FMLA Leave.

☐ If you need to extend your leave of absence beyond the time initially requested, you must request an extension as soon as possible by submitting another Request for Leave Form and a new Certification Form your Human Resources representative. Your continued ability to take a leave of absence depends on your timely submission of the new Certification Form, as well as your continuing eligibility for a leave of absence.

☐ If you do not return to work from a leave of absence, you may be eligible to continue coverage for an additional 18 months under COBRA by paying your portion and the company's portion of the premium and 2% for administrative handling. Contact your Human Resources representative for additional information.

☐ If you are on an approved leave of absence you may continue your Walmart Discount Card privileges. Once you reach one year on a leave of absence, your Discount Card will be deactivated. Your Human Resources representative will need to call Benefits Customer Service at 1-800-421-1362 to have your card reactivated when you return to work.

☐ Contact your supervisor at least three (3) weeks prior to the end of your leave to confirm the date of your return or, if needed, to request an extension. If requesting an extension of your leave of absence, complete and submit another Request for Leave Form.

☐ You must provide a release to return to work from your health care provider, if applicable, in order to resume working.

☐ Contact the Benefits Customer Service Team at 1-800-421-1362 to restore reduced or discontinued insurance within 60 days of return to work.

☐ If you have Short-Term, Short-Term Plus, or Long-Term Disability you must contact The Hartford at (800) 492-5678 immediately following your last day worked to file a disability claim.

☐ In the state of CA associates are covered under the State Disability Plan, and associates will need to call the State Specific number listed below for additional information.
CA: (800) 480-3287

NOTE: If there is a disagreement between the contents of this packet and the legal documents, which define the benefits, the legal documents will always govern.

3

WM000263

Exhibit 14 - Page 48

## FMLA LEAVE OF ABSENCE
## MANAGER'S CHECKLIST

Discuss the following with any associate who indicates he/she needs an FMLA Leave. Check off each item as it is covered with the associate.

- [ ] Provide an <u>Eligibility Notice</u> within 5 days of the associate's initial request for leave.

- [ ] If the associate is eligible for FMLA leave, complete the Rights and Responsibilities section of the Eligibility Notice and provide to the associate within 5 days of his/her initial request for leave.

- [ ] Give the associate an FMLA Leave of Absence Packet.

- [ ] Confirm the associate's current home address and phone number.

- [ ] Explain the associate's notice requirements: Normally 30 days in advance; if an emergency, notice must be provided the day leave is requested or the next business day and explain the Request for Leave Form and applicable Certification Form must be completed and returned within 15 days of the associate receiving the Notice of Eligibility and Rights & Responsibilities.

- [ ] Explain certification requirements: The appropriate Certification Form must be completed by a health care provider, for medically related leaves. In addition, before returning to work, if the LOA is due to the associate's own medical condition, the associate must provide a statement from his/her health care provider certifying the associate has been released to return to work.

- [ ] Explain that the associate will need to call in every scheduled workday until the completed LOA paperwork has been returned and has been approved.

- [ ] Provide a <u>Designation Notice</u> within 5 days of receiving the sufficiently completed Request for Leave Form and Certification Form.

- [ ] Explain the rolling 12 weeks for job protected leave (if applicable). Explain the 26 weeks for job protected leave in a single 12-month period, if applicable.

- [ ] Explain that vacation, personal time, illness protection and salary continuance may be used by associates who are eligible for and have remaining time available.

- [ ] Provide an Hours Adjustment/Prize or Award Form for the associate to complete if he/she is requesting and is eligible to use vacation, personal or illness protection hours.

- [ ] Explain that any active Coaching on record will be suspended during the LOA. (Not applicable to Field Logistics)

- [ ] Distribute the California *State Disability Insurance Provisions* brochure to any associate taking a leave of absence due to pregnancy, sickness, or injury not related to the job.

  <u>State Disability Insurance Provisions - English</u>

  <u>State Disability Insurance Provisions - Spanish</u>

- [ ] Distribute the California *Paid Family Leave* brochure to any associate taking a leave of absence or who will be or has been absent from work to care for a seriously ill child, spouse, parent, or domestic partner, or to bond with a new child.

  <u>Paid Family Leave - English</u>

  <u>Paid Family Leave - Spanish</u>

- [ ] Explain insurance benefits: While on LOA, insurance coverage may be reduced or discontinued while on LOA by submitting a Family Status Change or current coverage may be continued for 12 months (including Worker's Comp).

4

WM000264

Exhibit 14 - Page 49

☐ Explain that insurance premiums must be paid every 2 weeks and that coverage may be cancelled if premiums are not paid within 30 days of the due date (Rhode Island associates need to pay premiums every week). Give the associate a premium payment schedule from the WIRE>Life>My Health>Benefits Leave of Absence Resources. Help the associate determine the amount of premium; call Benefits Customer Service at 1-800-421-1362 if assistance is needed.

☐ Explain Short-Term and Long-Term Disability: If the illness or injury is expected to exceed 14 days, is not work related, and the associate is enrolled in Short-Term or Long-Term Disability, the associate must contact The Hartford at 1-800-492-5678 immediately following their last day worked in order to file a disability claim.

☐ Explain Long-Term Disability (hourly associates): If the illness or injury is expected to exceed 195 calendar days The Hartford will transfer the claim from Short-Term Disability to Long-Term Disability on the 17th week of disability.

☐ Explain Long-Term Disability (management associates and Truck Drivers): If the illness or injury is expected to exceed 90 days, you will need to call The Hartford at 1-800-492-5678 by the 45th day of your salary continuance in order to file a claim.

☐ Explain the Return to Work procedure.

☐ Answer questions the associate has about LOA. Call your HR representative if needed.

Associate Signature: _____  Date: 10 - 01 - 12

Facility Manager/: _____  Date: _____
HR Representative Signature

5

WM000265

Exhibit 14 - Page 50

## GENERAL NOTICE (Family and Medical Leave Act)

**Basic Leave Entitlement**
FMLA provides up to 12 weeks of unpaid, job-protected leave to eligible associates for the following reasons:

- For incapacity due to pregnancy, prenatal medical care or child birth;
- To care for the associate's child after birth, or placement for adoption or foster care;
- To care for the associate's spouse, son or daughter, or parent, who has a serious health condition; or
- For a serious health condition that makes the associate unable to perform the associate's job.

**Military Family Leave Entitlements**
Eligible associates with a spouse, son, daughter, or parent on active duty or call to active duty status in the Armed Forces, including the National Guard or Reserves in a foreign country may use FMLA leave to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings. Eligible associates may also use FMLA Leave to care for certain family members who are currently in the Armed Forces or veterans and have incurred an injury or illness in the line of duty. Refer to the FMLA Leave of Absence Policy for complete information. Some states provide additional leave entitlements.

FMLA also includes a special leave entitlement that permits eligible associates to take up to 26 weeks of leave to care for a covered servicemember during a single 12-month period. A covered servicemember is (1) a *current* member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty (or existed before the beginning of his/her active duty and was aggravated by service in line of duty on active duty) that may render the service member medically unfit to perform his or her duties for which the service member is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list; or (2) a *veteran* of the Armed Forces, including the National Guard or Reserves, who has a serious injury or illness that was incurred in line of duty on active duty (or existed before the beginning of his/her active duty and was aggravated by service in line of duty on active duty) and that manifested itself before or after the servicemember became a veteran for which s/he is undergoing medical treatment, recuperation, or therapy within five years of his/her discharge/release from military service (under conditions other than dishonorable).

**Benefits and Protections**
During FMLA leave, the employer must maintain the associate's health coverage under any "group health plan" on the same terms as if the associate had continued to work. Upon return from FMLA leave, most associates must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms. Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an associate's leave.

**Eligibility Requirements**
Associates are eligible if they have worked for a covered employer for at least one year, for 1,250 hours over the previous 12 months, and if at least 50 associates are employed by the employer within 75 miles.

**Definition of Serious Health Condition**
A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the associate from performing the functions of the associate's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Use of Leave**
An associate does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Associates must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

**Substitution of Paid Leave for Unpaid Leave**
Associates may choose or employers may require use of available income replacement benefits while taking FMLA leave. In order to use available income replacement benefits for FMLA leave, associates must comply with the employer's normal income replacement benefits policies.

**Associate Responsibilities**
Associates must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the associate must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures. Associates must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the associate is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Associates also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Associates also may be required to provide a certification and periodic recertification supporting the need for leave.

**Employer Responsibilities**
Covered employers must inform associates requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the associates' rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.

**Unlawful Acts by Employers**
FMLA makes it unlawful for any employer to:

- Interfere with, restrain, or deny the exercise of any right provided under FMLA;

- Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

**Enforcement**
An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

October 28, 2009

6

WM000266

Exhibit 14 - Page 51

## NOTICE OF CALIFORNIA CARE AND MEDICAL LEAVE
## (CFRA LEAVE) AND PREGNANCY DISABILITY LEAVE

Under the California Family Rights Act of 1993 (CFRA), if you have more than 12 months of service with us and have worked at least 1,250 hours in the 12-month period before the date you want to begin your leave, you may have a right to an unpaid family care or medical (CFRA leave). This leave may be up to 12 workweeks in a 12-month period, which begins on the first day of the leave, for the birth, adoption, or foster care placement of your child or for your own serious health condition or that of your child, parent, spouse, Registered Domestic Partner, or child of a Registered Domestic Partner.

NOTE:   CFRA leave runs concurrently with FMLA leave.

Even if you are not eligible for CFRA leave, if you are disabled by pregnancy, childbirth or related medical conditions, you are entitled to take a pregnancy disability leave of up to four months, depending on your period(s) of actual disability. If you are CFRA-eligible, you have certain rights to take BOTH a pregnancy disability leave and a CFRA leave for reason of the birth of your child. Both leaves contain a guarantee of reinstatement to the same or to a comparable position at the end of the leave, subject to any defense allowed under the law.

If possible, you must provide at least 30 days advance notice for foreseeable events (such as the expected birth of a child or a planned medical treatment for yourself or of a family member). For events which are unforeseeable, we need you to notify us, at least verbally, as soon as you learn of the need for the leave, but not later than 3 days after the commencement of the leave. The written request for leave must be completed and submitted for approval as soon as practical, but not later than 15 days after the commencement of the leave. Failure to comply with these notice rules is grounds for, and may result in, deferral of the requested leave until you comply with this notice policy.

We may require certification from your health care provider before allowing you a leave for pregnancy or your own serious health condition or certification from the health care provider of your child, parent, spouse, Registered Domestic Partner, or child of a Registered Domestic Partner who has a serious health condition before allowing you a leave to take care of that family member. When medically necessary, leave may be taken on an intermittent or reduced work schedule.

If you are taking a leave for the birth, adoption or foster care placement of a child, the basic minimum duration of the leave is two weeks and you must conclude the leave within one year of the birth or placement for adoption or foster care. You are allowed a maximum of 12 weeks for this parental leave under CFRA.

Taking a family care or pregnancy disability leave may impact certain benefits. If you want more information regarding your eligibility for a leave and/or the impact of the leave on your benefits, please contact Facility Manager, People Manager, MHRM, or RHRM.

7

WM000267

Exhibit 14 - Page 52

## NOTIFICACIÓN DE PERMISO DE AUSENCIA MÉDICA Y CUIDADO MÉDICO FAMILIAR DE CALIFORNIA (CFRA LEAVE) Y PERMISO MÉDICO POR EMBARAZO

Bajo el Acta sobre los Derechos de la Familia Californiana de 1993 (*CFRA leave*), si usted tiene más de 12 meses de servicio con nuestra empresa y ha trabajado más de 1,250 horas dentro del período de 12 meses antes de la fecha que usted quiere comenzar su salida, usted puede tener el derecho a un permiso de ausencia no remunerado para el cuidado familiar o médico (*CFRA leave*). Este permiso de ausencia no remunerado puede ser de hasta 12 semanas dentro de un período de 12 meses, el cual comienza el primer día del permiso de ausencia no remunerado por el nacimiento, la adopción, o la colocación de su hijo en un hogar adoptivo, o por una condición médica grave, suya, de su hijo(a), de uno (o ambos) de sus padres, su esposa(o), su concubino(a), o el hijo(a) de su concubino(a).

NOTA: *CFRA leave* funciona concurrentemente con el *"FMLA leave."*

Aunque usted no califique para un *CFRA leave*, si está suspendida por embarazo, alumbramiento o cualquier condición médica relacionada, usted tiene derecho a obtener un permiso de ausencia de hasta cuatro meses, dependiendo del período de su suspensión por embarazo actual. Si usted es elegible para *CFRA leave*, usted goza de ciertos derechos para tomar ambos: un permiso de ausencia por embarazo y un permiso de ausencia por el nacimiento de su hijo(a). Ambos permisos de ausencia mantienen la garantía de reincorporación a la misma posición, o a una posición comparable, al final del permiso, sujeto a cualquier defensa legal permitida bajo la ley.

Si es posible, usted puede suministrar un preaviso de por lo menos 30 días de anticipación para eventos previsibles (tales como el alumbramiento de un bebé o un tratamiento médico para usted o algún miembro de su familia. Para eventos impredecibles, necesitamos que nos informe, aunque sea verbalmente, tan pronto sepa de la necesidad del permiso de ausencia, pero no más de tres días después del comienzo de la ausencia. La petición por escrito del permiso de ausencia debe ser finiquitado y sometido para su aprobación tan pronto como sea posible, pero no más de 15 días después del comienzo del permiso de ausencia. El incumplimiento de estas reglas son bases de, y pueden resultar en, retraso en la aprobación del permiso hasta que usted cumpla con los requisitos de esta notificación de póliza.

Nosotros podemos requerir la certificación de su médico antes de otorgarle el permiso de ausencia por motivo de embarazo o una condición médica grave o la certificación del médico de su hijo(a), padre/madre, esposa(o), concubino(a), o el hijo(a) de su concubino(a) que presenten una condición grave de salud, antes de aprobar el permiso de ausencia para el cuidado de ese miembro de la familia. Cuando sea médicamente necesario, los permisos de ausencia se pueden tomar de manera intermitente o a través de un horario de trabajo reducido.

Si usted está solicitando permiso de ausencia debido al nacimiento, adopción o la colocación de su hijo en un hogar adoptivo, la duración básica mínima de permiso de ausencia, es de dos semanas y usted debe concluir su permiso de ausencia al año del nacimiento de su hijo(a), o la colocación de su hijo(a) en adopción o en un hogar adoptivo. Bajo las normas de *CFRA leave*, el tiempo máximo permitido para un permiso de ausencia por maternidad es de 12 semanas.

Tomar permisos de ausencia por maternidad o cuidado familiar, puede impactar sus beneficios de alguna manera. Si usted desea más información en relación a su elegibilidad de permiso de ausencia y/o el impacto del permiso sobre sus beneficios, por favor contacte al gerente de la tienda, el gerente de personal, o al gerente regional de personal.

8

WM000268

Exhibit 14 - Page 53

**Walmart Leave of Absence Policy**
**REQUEST FOR LEAVE OF ABSENCE – FMLA**

| | | | |
|---|---|---|---|
| Associate Name: | Oriel L. Vargas | ID#: 29 | 6425 Facility #: |
| Complete Address: | 7353 Rubio Ave Van Nuys Ca. 91406 | Phone: | (818) 781-1873 |

You should give reasonable advance notice of your need for Leave by submitting this Request for Leave Form. Generally, if the need for leave is foreseeable, you should notify us at **least 30 days** before you need to take leave. If this is not foreseeable, you must notify us as soon as practicable, generally the day of or the next business day after learning that you need to take leave. You should submit the Request for Leave Form for approval and processing to your HR representative.

## Dates of Leave Requested

1. Anticipated start and end dates of requested leave:     Start Date: 10-05-12     End Date: 11-17-12

2. If you are requesting intermittent leave or reduced-schedule leave, please provide details regarding the anticipated schedule *(available only for FMLA Leave if your health care provider determines such leave is medically necessary due to a serious health condition or for military family leave )*:

## Reason for Leave Request

3. Indicate the reason for which you are requesting leave (check all that apply):

- [x] **Medical Leave \***
- [ ] Pregnancy
- [ ] Workers' Compensation
- [ ] Disability
- [x] *Own Serious Health Condition*

- [ ] **Parental Leave**
- [ ] Birth of Child
- [ ] Adoption of Child
- [ ] Foster Care Placement of Child

- [ ] **Family Care Leave \***
  - [ ] Child (name) _____
  - [ ] Parent (name) _____
  - [ ] Spouse (name) _____
  - [ ] Other (name)/ Relationship _____

- [ ] **Military Family \***
  (Exigent Circumstances)
  - [ ] Child (name) _____
  - [ ] Parent (name) _____
  - [ ] Spouse (name) _____

- [ ] **Military Family Care\***
  (Serious Illness/Injury)
  - [ ] Child (name) _____
  - [ ] Parent (name) _____
  - [ ] Spouse (name) _____
  - [ ] Next of Kin (name) _____

**\*You must submit the applicable Certification Form in order to qualify for FMLA Leave. You must submit the Certification Form within 15 days of receipt of the form and/or within 15 days of your request for leave.**

9

WM000269

Exhibit 14 - Page 54

## Walmart Leave of Absence Policy
## REQUEST FOR LEAVE OF ABSENCE – FMLA

| Associate Name: | Onier Vargas | ID#: | 29 | Facility #: | 6625 |

Complete Address: 7353 Rubio Ave Van Nuys, CA 91406   Phone: (818) 781-1873

### Insurance Information

Unless you submit a STATUS CHANGE to reduce or discontinue coverage, your present insurance coverage may continue for up to one year while on a leave. If you choose to keep any medical, dental, life insurance, accidental death and dismemberment, short-term disability plus, critical illness or accident insurance, **you must send the premium amount** normally deducted from your paycheck to: Walmart Benefits, Department 3001, P.O. Box 1039, Lowell, AR 72745. Write your name, social security number or benefit identification number and facility number on your check or money order. (Payments for short- and long-term disability are not required while on Leave). The premium is due each pay period (every two weeks, except in Rhode Island where premiums are due weekly) in which you do not receive a Walmart payroll check. Failure to pay premiums within 30 days of the due date will result in cancellation of your coverage. If coverage is cancelled for non-payment of premiums and you return to actively-at-work status within one year from cancellation, you will be automatically re-enrolled for the same coverage options (or, if this coverage is not available, the coverage that is most similar to your prior coverage). Your coverage will be effective the first day of the pay period you meet the actively-at-work requirement (see "Eligibility" section of the Benefit Book). If Leave extends beyond one year, you may be able to elect continued coverage under COBRA.

### Associate Certification

I agree to return to work on *(return date)* Onier Vargas  11-17-12 . If circumstances change such that I will not be able to return to work on that date, I will promptly inform my manager. I understand that if I fail to return to work or request an extension of leave by the return date stated above, my associate benefits shall be subject to forfeiture, and Walmart will have no further obligation to continue my employment. I also understand there will be no accumulation of benefits while I am on leave. I fully understand Walmart's Leave of Absence Policy. I have read and understand the "Insurance Information" Section above.

The information I provided is true and accurate. If I misrepresent facts or falsify documents associated with my leave request, or if I use a Walmart Leave for any reason other than for that which I requested and obtained approval, I understand that I may be subject to discipline, up to and including termination, and/or a loss of any leave, to the extent permitted by law.

| Associate Signature: | Onier Vargas | Date: | 10-01-12 |
| Name *(Print):* | Onier L Vargas | | |

### HR Approval

| Dates Requested: | Start Date | 10-5-12 | End Date | 11-17-12 |
| Dates Approved: | Start Date | 10-5-12 | End Date | 11-17-12 |

Type of Leave Approved: FMLA

| Facility Manager/ Human Resources Signature | | Date: | 10/3/12 |
| Name *(Print):* | ANGELA O. DEO | | ☒ Approved  ☐ Denied |

10

WM000270

Exhibit 14 - Page 55

## CERTIFICATION OF HEALTH CARE PROVIDER - CALIFORNIA

1.  Employee's Name: ONIER VARGAS

2.  Patient's Name (If other than employee): _____

3.  Date medical condition or need for treatment commenced: 10-5-12

**[NOTE:  THE HEALTH CARE PROVIDER IS NOT TO DISCLOSE THE UNDERLYING DIAGNOSIS WITHOUT THE CONSENT OF THE PATIENT]**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

4.  Probable duration of medical condition or need for treatment: 4-6 WEEKS .

5.  The attached sheet describes what is meant by a "serious health condition" under both the Federal Family and Medical Leave Act (FMLA) and the California Family Rights Act (CFRA). Does the patient's condition qualify under any of the categories described? If so, please check the appropriate category.

    (1) (2) (3) (4) (5) (6)

6.  If the certification is for the serious health condition of the employee, please answer the following:

    Yes  No
    [ ]   [ ]    Is the employee able to perform work of any kind? (If "No," skip next question.)

    [✓]   [ ]    Is employee unable to perform any one or more of the essential functions of employee's position?

    (Answer after reviewing statement from employer of essential functions of employee's position, or, if none provided, after discussing with employee.)

7.  If the certification is for the care of the employee's family member, please answer the following:

    Yes  No
    [ ]   [ ]    Does (or will) the patient require assistance for basic medical, hygiene, nutritional need, safety, or transportation?

    [ ]   [ ]    After review of the employee's signed statement (See Item 1 below), does the condition warrant the participation of the employee? (This participation may include psychological comfort and/or arranging for third-party care for the family member.)

8.  Estimate the period of time care is needed or during which the employee's presence would be beneficial.

9.  Please answer the following question only if the employee is asking for intermittent leave or a reduced work schedule.

    Yes  No
    [ ]   [ ]    Is it medically necessary for the employee to be off work on an intermittent basis or to work less than the or to work less than the employee's normal work schedule in order to deal with the serious health condition of the employee or family member?

    If the answer to 9 is yes, please indicate the estimated number of doctor's visits, and/or estimated duration of medical treatment, either by the health care practitioner or another provider of health services, upon referral from the health care provider. _____

11

WM000271

Exhibit 14 - Page 56

**ITEM 10 IS TO BE COMPLETED BY THE EMPLOYEE NEEDING FAMILY LEAVE**
**\*\*\*TO BE PROVIDED TO THE HEALTH CARE PROVIDER UNDER SEPARATE COVER**

10. When family care leave is needed to care for a seriously-ill family member, the employee shall state the care he or she will provide and an estimate of the time period during which this care will be provided, including a schedule if leave is to be taken intermittently or on a reduced work schedule:

_____

11. Printed Name of health care provider:

    Signature of health care provider:

    Date:

    **Martin Smietanka, MD**
    HealthCare Partners Medical Group
    2211 W. Magnolia Blvd., #110
    Burbank, CA 91506
    T: (818) 955-5773  F: (818) 955-5181

12. Signature of Employee:

    Date: *10-02-12*

*A "Serious Health Condition" means an illness, injury, impairment, or physical or mental condition that involves one of the following:*

1. *Hospital Care Inpatient care (i.e. an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity or subsequent treatment in connection with or consequent to such inpatient care.*

2. *Absence Plus Treatment - A period of incapacity of more than three consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition), that also involves:*

   ○ *Treatment two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (i.e. physical therapist) under orders of, or on referral by, a health care provider; or*

   ○ *Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of the health care provider.*

3. *Pregnancy [NOTE: An employee's own incapacity due to pregnancy is covered as a serious health condition under FMLA but not under CFRA] Any period of incapacity due to pregnancy, or for prenatal care.*

4. *Chronic Conditions Requiring Treatment - Any condition which:*

   ○ *Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider*

   ○ *Continues over an extended period of time (including recurring episodes of a single underlying condition); and*

   ○ *May cause episodic rather than a continuing period of incapacity (i.e. asthma, diabetes, epilepsy, etc)*

5. *Permanent/Long-Term Conditions Requiring Supervision – A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider. (i.e. Alzheimer's, a severe stroke, or the terminal stages of a disease.)*

6. *Multiple Treatments (Non-Chronic Conditions – Any period of absence to receive multiple treatments (including any period of recovery there from) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.) severe arthritis (physical therapy) kidney disease (dialysis).*

Revised January 10, 2011

12

WM000272

Exhibit 14 - Page 57

## NOTICE OF ELIGIBILITY AND RIGHTS & RESPONSIBILITIES (FMLA)

**Associate's Name:** Onier Vargas

**Work Location #** 6625        **Date** 10/02/2012

### Eligibility

In general, to be eligible for FMLA Leave, you must have worked for an employer for at least 12 months and have worked at least 1,250 hours in the 12 months preceding the leave.

On 10/02/2012  , you informed us that you needed leave beginning on 10/05/2012    for:

- ☐ The birth of a child, or placement of a child with you for adoption or foster care.

- ☑ Your own serious health condition;

- ☐ Because you are needed to care for your☐ spouse;☐ child;☐ parent due to his/her serious health condition.

- ☐ Because of qualifying exigency arising out of the fact that your☐ spouse;☐ son or daughter;☐ parent is on active duty or call to active duty status in a foreign country as a member of the Armed forces, including the National Guard or Reserves.

- ☐ Because you are the☐ spouse;☐ son or daughter;☐ parent;☐ next of kin of a covered servicemember with a serious injury or illness.

**This Notice is to inform you that you:**

- ☑ Are eligible for FMLA leave (See below for your Rights and Responsibilities)

- ☐ Are eligible for FMLA leave; however, you do not have any FMLA leave available at this time. Please refer to the Designation Notice.

- ☐ Are **not** eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):
  - ☐ You have not met the FMLA's 12 month length of service requirement. As of the first date of requested leave, you will have worked approximately      months towards this requirement.
  - ☐ You have not met the FMLA's 1,250 hours-worked requirement.

You may be eligible for Personal or other leave under the Leave of Absence Policy (PD-24). If you have any questions, contact your HR representative or view the FMLA poster located in your facility or the Leave of Absence Policy (PD-24) located on the WIRE.

### Rights & Responsibilities (FMLA)

**To be completed only if associate is eligible for FMLA.**

You meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. **However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by** 10/17/2012    . If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances. If sufficient information is not provided in a timely manner, your leave may be denied.

WM000273

Exhibit 14 - Page 58

☐ Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request is enclosed.

☐ Sufficient documentation to establish the required relationship between you and your family member.

☐ Other information needed: _____

☑ No additional information requested.

**If your leave does qualify** as FMLA leave you will have the following **responsibilities** while on FMLA leave (only checked blanks apply):

☑ If you have insurance coverage, please pay premiums every two (2) weeks if you are not receiving a payroll check. (Rhode Island associates need to pay premiums every week). Make your check or money order payable to: Associates' Health and Welfare Trust.  Write your Social Security Number or Benefit Identification Number and your Facility Number on your check or money order and mail your payment to: Wal-Mart Benefits, Dept. 3001, P.O. Box 1039, Lowell, AR 72745.  You may also pay by credit card by calling (800) 421-1362 and selecting the "credit card payment" option.

Failure to submit payments within 30 days of the due date may result in cancellation of coverage.  If coverage is canceled for non-payment, any claims incurred after the date for which you have paid the required premiums will not be paid.  Insurance premiums are not deducted from Workers' Compensation or disability checks.

☑ While on leave you may be required to furnish us with periodic reports of your status and intent to return to work every 30 days.

If the circumstances of your leave change and you are able to return to work earlier than the date indicated on this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

**If your leave does qualify** as FMLA leave you will have the following **rights** while on FMLA leave:

- ○ You have a right under FMLA for up to 12 weeks unpaid leave in a rolling 12-month period measured backward from the date of any FMLA leave usage.

- ○ You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered servicemember with a serious injury or illness. This single 12-month period commenced on                  .

- ○ Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

- ○ You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

- ○ If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered servicemember's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstance beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

WM000274

Exhibit 14 - Page 59

- You have the right to use available income replacement benefit, such as vacation, personal time or illness protection time in accordance with the applicable policy.  Whether or not you receive income replacement benefits during you FMLA leave, the time taken for leave will counts towards your entitlement.

For a copy of conditions applicable to income replacement benefits please refer to the policies on the WIRE or ask your HR representative.

Once we obtain the information from you as specified above, we will inform you within 5 business days, whether your leave will be designated as a FMLA leave and count towards your FMLA leave entitlement. If you have any questions, please contact:

Mina Garcia                              at 818-365-7710

Revised October 28, 2009

WM000275

Exhibit 14 - Page 60

## NOTICE OF DESIGNATION (FMLA)

To: Onier Vargas          Date: 10/02/2012          Facility # 6625

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided. You requested leave for the following reason:

☐ Parental     ☑ Medical     ☐ Family Care     ☐ Military Family Exigency     ☐ Military Family Care

We received your most recent information on   10/02/2012     and decided:

☑ Your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave up to the maximum of your available FMLA leave time.

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your leave entitlement:

☑ Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your leave entitlement: 12 weeks

☐ Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30 day period (if leave was taken in the 30-day period).

Please be advised (check if applicable):
☐ You have requested to use an available income replacement benefit during your FMLA leave. Any income replacement benefit utilized for this reason will be counted against your FMLA leave entitlement.

☑ You will be required to present a written release from your health care provider prior to returning to work, describing any restrictions you may have. If such release is not timely received, your return to work may be delayed until a release is provided. A list of the essential functions of your position   is x   is not attached. If attached, the written release to return to work must address your ability to perform these functions.

_____

☐ Additional information is needed to determine if your FMLA leave request can be approved:
☐ The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave request. You must provide the following information no later than _____ (enter date of 7 days from date of this notice) unless it is not practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

☐ We are exercising our right to have you obtain a second or third opinion medical certification at our expense, and we will provide further details at a later time.

_____

☐ Your FMLA Leave request is not approved, due to the following:
☐ The FMLA does not apply to your leave request.
☐ You have exhausted your FMLA leave entitlement in the applicable 12-month period.

If you have any questions, please contact:   Mina Garcia          at 818-365-7710

You may submit a written appeal of the decision within 15 days to the next higher level HR representative not involved in the initial decision. You should utilize the Associate Appeal Letter to submit your appeal. Alternatively, your appeal may be submitted in writing in a form of your choosing. Advise your Manager or HR representative of your decision to appeal, and s/he will provide the appropriate contact information. The HR representative will review your appeal and provide to you a written response of their decision.

Revised March 13, 2009

WM000276

Exhibit 14 - Page 61

# EXHIBIT 15

## RETURN TO WORK / SCHOOL



**HealthCare Partners.**
Medical Group and Affiliated Physicians

DATE: 11/15/2012

PATIENT NAME: _Onier Vargas_   HCP Site: EF Glendale.

**TO WHOM IT MAY CONCERN:**

**THE ABOVE PATIENT IS UNDER MY CARE AND:**

☑    PLEASE EXCUSE FROM WORK/SCHOOL FROM _present_ TO _11/16/2012_ . MAY RETURN TO
     WORK/SCHOOL ON: _11/19/2012_ .

☐    HAS RECOVERED AND MAY RETURN TO LIGHT WORK ON: _____

☐    HAS RECOVERED AND MAY RETURN TO WORK/SCHOOL ON: _____

☐    REQUIRES A MEDICAL LEAVE OF ABSENCE FROM: _____ TO _____

☐    IS RESTRICTED FROM: _____ UNTIL _____
                                                                DATE

☐    RECEIVED TREATMENT AT MY OFFICES ON: _____

☐    IS SCHEDULED TO RETURN ON: _____ AT _____

REMARKS:

_____ PROVIDER SIGNATURE

MGO-CLIN-004 (4/02)        **CHART COPY** (WHITE)        **PATIENTS COPY** (CANARY)

Exhibit 15 - Page 62

WM000260