UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIER VARGAS, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.; SAM'S CLUB, entity form unknown; MARINA AGUILAR, an individual, and DOES 1 through 50, inclusive.<br><br>    Defendants. | CASE NO. 2:16-cv-02921 AB (AJWx)<br><br>Hon. André Birotte, Jr.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' WAL-MART STORES, INC. AND SAM'S CLUB MOTION FOR SUMMARY JUDGMENT** |

Mitchell Silberberg & Knupp LLP

8574328.3

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On February 27, 2017, at 10:00 a.m., the Motion for Summary Judgment of Defendants Wal-Mart Stores, Inc. and Sam's Club ("Defendant") came on for hearing in Department 7B of this Court, located at 350 West First Street, Los Angeles, CA 90012, the Honorable André Birotte, Jr. presiding.  The appearances were as reflected in the record.

The Court has fully considered the oral argument presented at the hearing and all papers filed and evidence submitted in connection with the moving, opposition, and reply papers, and all other matters presented to the court.  Having done so, for good cause shown, the Court finds that there is no genuine issue of material fact and that Defendant is entitled to summary judgment as a matter of law as to the following issues or claims for relief.  Specifically, the Court finds that:

## COUNT I:
## Disability Discrimination in Violation of FEHA

1. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case of discrimination because Plaintiff was not disabled.

2. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case of discrimination because Plaintiff was not qualified to perform the essential functions of his position.

3. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case of discrimination because Plaintiff has failed to establish that he was terminated because of a disability.

4. Summary judgment should be granted in favor of Defendant on the ground that it has articulated a legitimate, non-discriminatory reason for Plaintiff's termination, and Plaintiff has no evidence that Defendant's reasons are untrue or pretextual.

## COUNT II:
## Failure to Engage in a Good Faith
## Interactive Process in Violation of FEHA

5. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case for failure to engage in the interactive process because Plaintiff was not disabled.

6. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case for failure to engage in the interactive process because Plaintiff was not qualified to perform the essential functions of his position.

7. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case for failure to engage in the interactive process because Plaintiff did not request an accommodation.

## COUNT III:
## Failure to Accommodate in Violation of FEHA

8. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case for failure to accommodate because Plaintiff was not disabled.

9. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case for failure to accommodate because Plaintiff was not qualified to perform the essential functions of his position.

10. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff was afforded his leave rights under the FMLA.

11. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff was afforded his leave rights under the CFRA.

12. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case for failure to engage in the

interactive process because, other than the leave rights he was afforded, Plaintiff did not request an accommodation and, as such, was not entitled to an accommodation.

## COUNT IV:
## Retaliation in Violation of FEHA

13. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case of retaliation because Plaintiff did not engage in a protected activity.

14. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff cannot establish a *prima facie* case of retaliation because Plaintiff has failed to establish that he was terminated because of a protected activity.

## COUNT V:
## Failure to Maintain an Environment Free from
## Discrimination and Retaliation

15. Summary judgment should be granted in favor of Defendant on the ground that this claim is derivative of Plaintiff's disability discrimination and retaliation claims, which fail as a matter of law.

## COUNT VI:
## Interference with CFRA Rights

16. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff was afforded his leave rights under the CFRA.

17. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff did not request any additional CFRA leave and, as such, was not entitled to any additional CFRA leave.

18. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff has failed to establish that he was terminated because he took CFRA leave.

## COUNT VII:

## Failure to Provide Meal and Rest Periods

19. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff has failed provide evidence that Defendant failed to satisfy California's rest break and meal period requirements.

20. Summary judgment should be granted in favor of Defendant on the ground that Defendant complied with California's rest break and meal period requirements.

## COUNT VIII:

## Failure to Pay Wages Pursuant to Labor Code §§ 1194 & 1197

21. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff has failed provide evidence that Defendant failed to pay him for any overtime hours worked.

22. Summary judgment should be granted in favor of Defendant on the ground that Defendant paid Plaintiff for all overtime worked by Plaintiff of which it was made aware.

## COUNT IX:

## Failure to Pay Wages Upon Discharge Pursuant to Labor Code §§ 201-203

23. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff has failed provide evidence that Defendant failed to pay him all wages owing at the time of Plaintiff's termination.

24. Summary judgment should be granted in favor of Defendant on the ground that Defendant paid Plaintiff for all wages owed at the time of Plaintiff's termination.

## COUNT X:

### Failure to Provide Accurate Itemized Wage Statements Pursuant to Labor Code § 226

25. Summary judgment should be granted in favor of Defendant on the ground that this claim is time-barred by the applicable statute of limitation.

26. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff has failed provide evidence that Defendant failed to provide him with wage statements in compliance with Labor Code § 226.

27. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff has failed provide evidence that Defendant's failure to provide wage statements in compliance with Labor Code § 226 was knowing and intentional.

28. Summary judgment should be granted in favor of Defendant on the ground that Defendant provided Plaintiff with wage statements in compliance with Labor Code § 226.

## COUNT XI:

### Unfair Competition Pursuant to Business & Professions Code § 17200

29. Summary judgment should be granted in favor of Defendant on the ground that Plaintiff's claim under California Business & Professions Code § 17200 fails because Plaintiff cannot establish that Defendant violated any of the laws upon which the claim is based.

## COUNT XII:

### Wrongful Termination in Violation of Public Policy

30. Summary judgment should be granted in favor of Defendant on the ground that this claim is derivative of Plaintiff's disability discrimination and retaliation claims, which fail as a matter of law.

1  **IT IS THEREFORE ORDERED** that Defendant's motion for summary
2  judgment is **GRANTED** in its entirety as to the issues and claim for relief set forth
3  above.
4      **IT IS SO ORDERED.**
5
6  DATED: January __, 2017    _____
7      Honorable Andre Birotte, Jr.
    United States District Judge